

**American Ordnance LLC**
17575 State Highway 79
Middletown IA 52638

*We do what we say.*

# PAYSLIP - Statement of Earnings & Deductions

**PAY DATE:** 04/22/2021   **PAY PERIOD:** 04/05/2021 to 04/18/2021 (JH)

**Alan R Sandberg**
3148 200th Street
Fort Madison
IA - 52627

Employee No : 00276114
SSN : XXX-XX-7368
Position : Millwright/Mechanics-AM131
Cost Center : AM131 - Plant Maintenance

| | FilingStatus | Exmp/Credit | Add W/H |
|---|---|---|---|
| FED | Single | 00 | 0.00 |
| IA | Single | 01 | 0.00 |
| Work State | : | | IA |
| Residence State | : | | IA |

| | Gross | - Deductions(Pre-Tax, After-Tax &Taxes) | = | Net Pay |
|---|---|---|---|---|
| CURR | 3,165.76 | 1,033.35 | | 2,132.41 |
| YTD | 25,091.23 | 12,191.32 | | 12,899.91 |

For W2s, go to www.mytaxform.com. (Use employer code: 17330)
To report an issue, go to payroll.dayzin.com.

| CATEGORY | Retro Amt(R) | Curr Rate | Curr Hrs | Curr Amt(C) | Total Amt(R+C) | YTD Amount |
|---|---|---|---|---|---|---|
| **EARNINGS** | | | | | | |
| REG HOURS - 1 | | 28.85 | 69.00 | 1,990.65 | 1,990.65 | 15,722.55 |
| OVERTIME 1.5 | | 43.28 | 20.20 | 874.26 | 874.26 | 6,652.18 |
| OVERTIME 2.0 | | | | | | 432.76 |
| HOLIDAY PAY | | | | | | 547.00 |
| VACATION PAY | | 27.35 | 11.00 | 300.85 | 300.85 | 1,736.74 |
| **EARNINGS TOTAL** | | | 100.20 | 3,165.76 | 3,165.76 | 25,091.23 |
| **PRE-TAX DEDUCTIONS** | | | | | | |
| FLEX VIS (EE P-TAX) | | | | 2.61 | 2.61 | 20.88 |
| FLEX DEN (EE P-TAX) | | | | 7.22 | 7.22 | 57.76 |
| FLEX MED (EE P-TAX) | | | | 127.22 | 127.22 | 1,017.76 |
| **PRE-TAX DED TOTAL** | | | | 137.05 | 137.05 | 1,096.40 |
| **AFTER-TAX DEDUCTIONS** | | | | | | |
| LTD (EE A-TAX) | | | | 10.99 | 10.99 | 87.92 |
| AD&D (EE A-TAX) | | | | 1.00 | 1.00 | 8.00 |
| SUP LF (EE A-TAX) | | | | 23.00 | 23.00 | 184.00 |
| CRITICAL ILLNESS INS | | | | 17.18 | 17.18 | 137.44 |
| GARNISH-CREDITOR | | | | 5.99 | 5.99 | 4,036.67 |
| **AFTER-TAX DED TOTAL** | | | | 58.16 | 58.16 | 4,454.03 |
| **TAXES** | | | | | | |
| **Federal** | | | | | | |
| WITHHOLDING TAX | | | | 469.37 | 469.37 | 3,719.92 |
| EE SOCIAL SECURITY TAX | | | | 187.78 | 187.78 | 1,487.68 |
| EE MEDICARE TAX | | | | 43.92 | 43.92 | 347.93 |
| **Iowa** | | | | | | |
| WITHHOLDING TAX | | | | 137.07 | 137.07 | 1,085.36 |
| **TAXES TOTAL** | | | | 838.14 | 838.14 | 6,640.89 |
| **MEMO/OTHERS** | | | | | | |
| MED EMPLR SELF INSUR | | | | 214.76 | 214.76 | 1,718.08 |
| MEDICARE WAGES | | | | | 3,028.71 | 23,994.83 |
| SOCIAL SECURITY WAGES | | | | | 3,028.71 | 23,994.83 |
| FEDERAL TAXABLE WAGES | | | | | 3,028.71 | 23,994.83 |
| VACATION | | | 64.58 | | | |
| SICK | | | 40.00 | | | |

| PAYMENT METHOD | Bank Account(Last 4 digits) | Check # | Current Amount |
|---|---|---|---|
| DIRECT DEPOSIT | TWO RIVERS BANK & TRUST X0098 | | 2,132.41 |
| **NET TOTAL** | | | **2,132.41** |



American Ordnance LLC
17575 State Highway 79
Middletown IA 52638

# PAYSLIP - Statement of Earnings & Deductions

PAY DATE: 04/08/2021     PAY PERIOD: 03/22/2021 to 04/04/2021 (JH)

**Alan R Sandberg**
3148 200th Street
Fort Madison
IA - 52627

Employee No : 00276114
SSN           : XXX-XX-7368
Position      : Millwright/Mechanics-AM131
Cost Center   : AM131 - Plant Maintenance

| | FilingStatus | Exmp/Credit | Add W/H |
|---|---|---|---|
| FED | Single | 00 | 0.00 |
| IA | Single | 01 | 0.00 |
| Work State | | | IA |
| Residence State | | | IA |

| | Gross | - Deductions(Pre-Tax, After-Tax &Taxes) | = Net Pay |
|---|---|---|---|
| CURR | 3,198.08 | 1,625.93 | 1,572.15 |
| YTD | 21,925.47 | 11,157.97 | 10,767.50 |

For W2s, go to www.mytaxform.com. (Use employer code: 17330)
To report an issue, go to payroll.dayzim.com

| CATEGORY | Retro Amt(R) | Curr Rate | Curr Hrs | Curr Amt(C) | Total Amt(R+C) | YTD Amount |
|---|---|---|---|---|---|---|
| **EARNINGS** | | | | | | |
| REG HOURS - 1 | | 28.85 | 79.00 | 2,279.15 | 2,279.15 | 13,731.90 |
| OVERTIME 1.5 | | 43.28 | 20.60 | 891.58 | 891.58 | 5,777.92 |
| OVERTIME 2.0 | | | | | | 432.76 |
| HOLIDAY PAY | | | | | | 547.00 |
| VACATION PAY | | 27.35 | 1.00 | 27.35 | 27.35 | 1,435.89 |
| **EARNINGS TOTAL** | | | 100.60 | 3,198.08 | 3,198.08 | 21,925.47 |
| **PRE-TAX DEDUCTIONS** | | | | | | |
| FLEX VIS (EE P-TAX) | | | | 2.61 | 2.61 | 18.27 |
| FLEX DEN (EE P-TAX) | | | | 7.22 | 7.22 | 50.54 |
| FLEX MED (EE P-TAX) | | | | 127.22 | 127.22 | 890.54 |
| **PRE-TAX DED TOTAL** | | | | 137.05 | 137.05 | 959.35 |
| **AFTER-TAX DEDUCTIONS** | | | | | | |
| LTD (EE A-TAX) | | | | 10.99 | 10.99 | 76.93 |
| AD&D (EE A-TAX) | | | | 1.00 | 1.00 | 7.00 |
| SUP LF (EE A-TAX) | | | | 23.00 | 23.00 | 161.00 |
| CRITICAL ILLNESS INS | | | | 17.18 | 17.18 | 120.26 |
| GARNISH-CREDITOR | | | | 587.12 | 587.12 | 4,030.68 |
| **AFTER-TAX DED TOTAL** | | | | 639.29 | 639.29 | 4,395.87 |
| **TAXES** | | | | | | |
| **Federal** | | | | | | |
| WITHHOLDING TAX | | | | 476.48 | 476.48 | 3,250.55 |
| EE SOCIAL SECURITY TAX | | | | 189.78 | 189.78 | 1,299.90 |
| EE MEDICARE TAX | | | | 44.39 | 44.39 | 304.01 |
| **Iowa** | | | | | | |
| WITHHOLDING TAX | | | | 138.94 | 138.94 | 948.29 |
| **TAXES TOTAL** | | | | 849.59 | 849.59 | 5,802.75 |
| **MEMO/OTHERS** | | | | | | |
| MED EMPLR SELF INSUR | | | | 214.76 | 214.76 | 1,503.32 |
| MEDICARE WAGES | | | | | 3,061.03 | 20,966.12 |
| SOCIAL SECURITY WAGES | | | | | 3,061.03 | 20,966.12 |
| FEDERAL TAXABLE WAGES | | | | | 3,061.03 | 20,966.12 |
| VACATION | | | 76.08 | | | |
| SICK | | | 40.00 | | | |

| PAYMENT METHOD | Bank Account(Last 4 digits) | Check # | Current Amount |
|---|---|---|---|
| DIRECT DEPOSIT | TWO RIVERS BANK & TRUST X0098 | | 1,572.15 |
| **NET TOTAL** | | | **1,572.15** |



American Ordnance LLC
17575 State Highway 79
Middletown IA 52638

# PAYSLIP - Statement of Earnings & Deductions

**PAY DATE:** 03/25/2021     **PAY PERIOD:** 03/08/2021 to 03/21/2021 (JH)

**Alan R Sandberg**
3148 200th Street
Fort Madison
IA - 52627

Employee No : 00276114
SSN        : XXX-XX-7368
Position   : Millwright/Mechanics-AM131
Cost Center: AM131 - Plant Maintenance

|     | FilingStatus | Exmp/Credit | Add W/H |
|---|---|---|---|
| FED | Single | 00 | 0.00 |
| IA  | Single | 01 | 0.00 |
| Work State |  |  | IA |
| Residence State |  |  | IA |

|  | Gross | - Deductions(Pre-Tax, After-Tax & Taxes) | = Net Pay |
|---|---|---|---|
| CURR | 3,346.31 | 1,702.40 | 1,643.91 |
| YTD  | 18,727.39 | 9,532.04 | 9,195.35 |

For W2s, go to www.mytaxform.com. (Use employer code: 17330)
To report an issue, go to payroll.dayzim.com.

| CATEGORY | Retro Amt(R) | Curr Rate | Curr Hrs | Curr Amt(C) | Total Amt(R+C) | YTD Amount |
|---|---|---|---|---|---|---|
| **EARNINGS** |  |  |  |  |  |  |
| REG HOURS - 1 |  | 28.85 | 80.00 | 2,308.00 | 2,308.00 | 11,452.75 |
| OVERTIME 1.5 |  | 43.28 | 23.99 | 1,038.31 | 1,038.31 | 4,886.34 |
| OVERTIME 2.0 |  |  |  |  |  | 432.76 |
| HOLIDAY PAY |  |  |  |  |  | 547.00 |
| VACATION PAY |  |  |  |  |  | 1,408.54 |
| **EARNINGS TOTAL** |  |  | 103.99 | 3,346.31 | 3,346.31 | 18,727.39 |
| **PRE-TAX DEDUCTIONS** |  |  |  |  |  |  |
| FLEX VIS (EE P-TAX) |  |  |  | 2.61 | 2.61 | 15.66 |
| FLEX DEN (EE P-TAX) |  |  |  | 7.22 | 7.22 | 43.32 |
| FLEX MED (EE P-TAX) |  |  |  | 127.22 | 127.22 | 763.32 |
| **PRE-TAX DED TOTAL** |  |  |  | 137.05 | 137.05 | 822.30 |
| **AFTER-TAX DEDUCTIONS** |  |  |  |  |  |  |
| LTD (EE A-TAX) |  |  |  | 10.99 | 10.99 | 65.94 |
| AD&D (EE A-TAX) |  |  |  | 1.00 | 1.00 | 6.00 |
| SUP LF (EE A-TAX) |  |  |  | 23.00 | 23.00 | 138.00 |
| CRITICAL ILLNESS INS |  |  |  | 17.18 | 17.18 | 103.08 |
| GARNISH-CREDITOR |  |  |  | 611.04 | 611.04 | 3,443.56 |
| **AFTER-TAX DED TOTAL** |  |  |  | 663.21 | 663.21 | 3,756.58 |
| **TAXES** |  |  |  |  |  |  |
| **Federal** |  |  |  |  |  |  |
| WITHHOLDING TAX |  |  |  | 509.09 | 509.09 | 2,774.07 |
| EE SOCIAL SECURITY TAX |  |  |  | 198.98 | 198.98 | 1,110.12 |
| EE MEDICARE TAX |  |  |  | 46.53 | 46.53 | 259.62 |
| **Iowa** |  |  |  |  |  |  |
| WITHHOLDING TAX |  |  |  | 147.54 | 147.54 | 809.35 |
| **TAXES TOTAL** |  |  |  | 902.14 | 902.14 | 4,953.16 |
| **MEMO/OTHERS** |  |  |  |  |  |  |
| MED EMPLR SELF INSUR |  |  |  | 214.76 | 214.76 | 1,288.56 |
| MEDICARE WAGES |  |  |  |  | 3,209.26 | 17,905.09 |
| SOCIAL SECURITY WAGES |  |  |  |  | 3,209.26 | 17,905.09 |
| FEDERAL TAXABLE WAGES |  |  |  |  | 3,209.26 | 17,905.09 |
| VACATION |  |  | 77.08 |  |  |  |
| SICK |  |  | 40.00 |  |  |  |

| PAYMENT METHOD | Bank Account(Last 4 digits) | Check # | Current Amount |
|---|---|---|---|
| DIRECT DEPOSIT | TWO RIVERS BANK & TRUST X0098 |  | 1,643.91 |
| **NET TOTAL** |  |  | **1,643.91** |

# PAYSLIP - Statement of Earnings & Deductions

**American Ordnance LLC**
17575 State Highway 79
Middletown IA 52638

*American Ordnance — We do what we say.*

**PAY DATE:** 03/11/2021   **PAY PERIOD:** 02/22/2021 to 03/07/2021 (JH)

| | |
|---|---|
| Alan R Sandberg<br>3148 200th Street<br>Fort Madison<br>IA - 52627 | Employee No : 00276114<br>SSN : XXX-XX-7368<br>Position : Millwright/Mechanics-AM131<br>Cost Center : AM131 - Plant Maintenance |

| | FilingStatus | Exmp/Credit | Add W/H |
|---|---|---|---|
| FED | Single | 00 | 0.00 |
| IA | Single | 01 | 0.00 |
| Work State | | | IA |
| Residence State | | | IA |

| | Gross | - Deductions(Pre-Tax, After-Tax &Taxes) | = | Net Pay |
|---|---|---|---|---|
| CURR | 2,648.01 | 1,342.16 | | 1,305.85 |
| YTD | 15,381.08 | 7,829.64 | | 7,551.44 |

For W2s, go to www.mytaxform.com. (Use employer code: 17330)
To report an issue, go to payroll.dayzim.com.

| CATEGORY | Retro Amt(R) | Curr Rate | Curr Hrs | Curr Amt(C) | Total Amt(R+C) | YTD Amount |
|---|---|---|---|---|---|---|
| **EARNINGS** | | | | | | |
| REG HOURS - 1 | | 28.85 | 66.90 | 1,930.07 | 1,930.07 | 9,144.75 |
| OVERTIME 1.5 | | 43.28 | 8.31 | 359.65 | 359.65 | 3,848.03 |
| OVERTIME 2.0 | | | | | | 432.76 |
| HOLIDAY PAY | | | | | | 547.00 |
| VACATION PAY | | 27.35 | 13.10 | 358.29 | 358.29 | 1,408.54 |
| **EARNINGS TOTAL** | | | 88.31 | 2,648.01 | 2,648.01 | 15,381.08 |
| **PRE-TAX DEDUCTIONS** | | | | | | |
| FLEX VIS (EE P-TAX) | | | | 2.61 | 2.61 | 13.05 |
| FLEX DEN (EE P-TAX) | | | | 7.22 | 7.22 | 36.10 |
| FLEX MED (EE P-TAX) | | | | 127.22 | 127.22 | 636.10 |
| **PRE-TAX DED TOTAL** | | | | 137.05 | 137.05 | 685.25 |
| **AFTER-TAX DEDUCTIONS** | | | | | | |
| LTD (EE A-TAX) | | | | 10.99 | 10.99 | 54.95 |
| AD&D (EE A-TAX) | | | | 1.00 | 1.00 | 5.00 |
| SUP LF (EE A-TAX) | | | | 23.00 | 23.00 | 115.00 |
| CRITICAL ILLNESS INS | | | | 17.18 | 17.18 | 85.90 |
| GARNISH-CREDITOR | | | | 498.36 | 498.36 | 2,832.52 |
| **AFTER-TAX DED TOTAL** | | | | 550.53 | 550.53 | 3,093.37 |
| **TAXES** | | | | | | |
| **Federal** | | | | | | |
| WITHHOLDING TAX | | | | 355.47 | 355.47 | 2,264.98 |
| EE SOCIAL SECURITY TAX | | | | 155.68 | 155.68 | 911.14 |
| EE MEDICARE TAX | | | | 36.41 | 36.41 | 213.09 |
| **Iowa** | | | | | | |
| WITHHOLDING TAX | | | | 107.02 | 107.02 | 661.81 |
| **TAXES TOTAL** | | | | 654.58 | 654.58 | 4,051.02 |
| **MEMO/OTHERS** | | | | | | |
| MED EMPLR SELF INSUR | | | | 214.76 | 214.76 | 1,073.80 |
| MEDICARE WAGES | | | | | 2,510.96 | 14,695.83 |
| SOCIAL SECURITY WAGES | | | | | 2,510.96 | 14,695.83 |
| FEDERAL TAXABLE WAGES | | | | | 2,510.96 | 14,695.83 |
| VACATION | | | 77.08 | | | |
| SICK | | | 40.00 | | | |

| PAYMENT METHOD | Bank Account(Last 4 digits) | Check # | Current Amount |
|---|---|---|---|
| DIRECT DEPOSIT | TWO RIVERS BANK & TRUST X0098 | | 1,305.85 |
| **NET TOTAL** | | | **1,305.85** |