United States Bankruptcy Court

Southern District of Iowa

In re:

Alan Richard Sandberg

    Debtor

Case No. 21-00635-lmj

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0863-4 | User: KyleMayna | Page 1 of 4 |
|---|---|---|
| Date Rcvd: May 04, 2021 | Form ID: 5309I | Total Noticed: 74 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alan Richard Sandberg, 3148 200th Street, Fort Madison, IA 52627-9787 |
| 802511277 | + | AT&T DirecTV, PO Box 5014, Carol Stream, IL 60197-5014 |
| 802511272 | + | Aaron's Sales & Lease, Attn: Bankruptcy, PO Box 100039, Kennesaw, GA 30156-9239 |
| 802511284 | ++ | CONTINENTAL FINANCE COMPANY LLC, PO BOX 8099, NEWARK DE 19714-8099 address filed with court:, Continental Finance, PO Box 8099, Newark, DE 19714 |
| 802511279 | + | CeruLean, PO Box 6812, Carol Stream, IL 60197-6812 |
| 802511283 | + | Community Health Center, 407 Blondeau, Suite 1, Keokuk, IA 52632-5657 |
| 802511285 | + | Continental Finance, PO Box 9203, Old Bethpage, NY 11804-9003 |
| 802511286 | + | Continental Finance Company, Attn: Bankruptcy, PO Box 3220, Buffalo, NY 14240-3220 |
| 802511293 | + | Creditor Advocates, Inc., 14551 Judicial Road, Suite 10, Burnsville, MN 55306-4841 |
| 802511297 | | Dr. Amy Clem, 508 S Roosevelt, Burlington, IA 52601 |
| 802511298 | + | Financial Adjustment Bureau, PO Box 276, 612 Jefferson Street, Burlington, IA 52601-5428 |
| 802511300 | + | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 802511301 | + | Freedom Mortgage Corporation, PO Box 50428, Indianapolis, IN 46250-0401 |
| 802511299 | + | Freedom Mortgage Corporation, PO Box 89486, Cleveland, OH 44101-6486 |
| 802511305 | + | Great River Medical Center, PO Box 540, West Burlington, IA 52655-0540 |
| 802511306 | + | Great River Physicians & Clinics, PO Box 540, West Burlington, IA 52655-0540 |
| 802511307 | + | Great River Physicians & Clinics, PO Box 650292, Dallas, TX 75265-0292 |
| 802511308 | + | H&R Accounts, 5320 22nd Avenue, Moline, IL 61265-3627 |
| 802511309 | + | IH Mississippi Valley Credit Union, Attn: Bankruptcy Department, 2500 River Drive, Moline, IL 61265-1670 |
| 802511317 | + | MRS Associates, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 802511313 | + | Midland Credit Management, Attn: Bankruptcy, PO Box 301030, Los Angeles, CA 90030-1030 |
| 802511315 | + | Midland Funding, LLC, 320 East Big Beaver, Suite 300, Troy, MI 48083-1271 |
| 802511316 | + | Midland Funding, LLC, Attn: Bankruptcy, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 802511319 | + | NCB Management Services, PO Box 1099, Langhorne, PA 19047-6099 |
| 802511318 | + | NCB Management Services, 1 Allied Drive, Feasterville Trevose, PA 19053-6945 |
| 802511326 | + | RMP, LLC, PO Box 519, Sauk Rapids, MN 56379-0519 |
| 802511323 | + | Rausch, Sturm, Israel, Enerson & Hornik, 250 N Sunnyslope Road, Suite 300, Brookfield, WI 53005-4800 |
| 802511325 | + | Republic Bank & Trust Co., PO Box 950276, Louisville, KY 40295-0276 |
| 802511324 | + | Republic Bank & Trust Co., 4030 Smith Road, Cincinnati, OH 45209-1937 |
| 802511327 | + | Sterling Jewelers, Inc., Attn: Bankruptcy, PO Box 1799, Akron, OH 44309-1799 |
| 802511331 | + | The Family Credit Union, 1400 Rockingham Rd, Davenport, IA 52802-1287 |
| 802511330 | + | The Family Credit Union, 1600 John Deere Road, Silvis, IL 61282-1946 |
| 802511334 | | University of Iowa Healthcare, Patient Financial Services, PO Box 40200, Des Moines, IA 50940-2000 |
| 802511341 | + | Vehicle Acceptance Corporation, PO Box 191607, Dallas, TX 75219-8503 |
| 802511342 | | Viking Client Services, LLC, PO Box 285, Chesapeake, VA 23327 |

TOTAL: 35

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: bbankruptcy@gmail.com | | |
| | | May 05 2021 02:50:00 | Bruce A Buckrop, 114 19th Street, Rock Island, IL 61201 |
| aty | Email/Text: deannabachman@aol.com | | |
| | | May 05 2021 02:51:00 | Deanna R Bachman, 505 5th Ave, Ste 406, Des |

District/off: 0863-4 User: KyleMayna Page 2 of 4

Date Rcvd: May 04, 2021 Form ID: 5309I Total Noticed: 74

Moines, IA 50309

| | | | | |
|---|---|---|---|---|
| tr | + | Email/Text: mweber@iowachapter13.com | | |
| | | | May 05 2021 02:51:00 | Carol F Dunbar, 531 Commercial St, Ste 500, Waterloo, IA 50701-5497 |
| ust | + | Email/Text: ustpregion12.dm.ecf@usdoj.gov | | |
| | | | May 05 2021 02:51:00 | United States Trustee, Federal Bldg, Room 793, 210 Walnut Street, Des Moines, IA 50309-2115 |
| 802511273 | + | Email/Text: amscbankruptcy@adt.com | | |
| | | | May 05 2021 02:51:00 | ADT Security Services, 3190 S Vaughn Way, Aurora, CO 80014-3512 |
| 802511276 | + | EDI: DIRECTV.COM | | |
| | | | May 05 2021 01:33:00 | AT&T DirecTV, PO Box 105503, Atlanta, GA 30348-5503 |
| 802511274 | + | Email/Text: pkrieg@alliantcu.com | | |
| | | | May 05 2021 02:51:00 | Alliant Credit Union, 1200 Associates Drive, Dubuque, IA 52002-2283 |
| 802511275 | + | Email/Text: documents@apellesnow.com | | |
| | | | May 05 2021 02:51:00 | Apelles, 3700 Corporate Drive, Columbus, OH 43231-4984 |
| 802511280 | + | EDI: CKSFINANCIAL.COM | | |
| | | | May 05 2021 01:33:00 | CKS Financial, PO Box 2856, Chesapeake, VA 23327-2856 |
| 802511282 | + | Email/Text: gmeier2@jdbyrider.com | | |
| | | | May 05 2021 02:51:00 | CNAC, 125 S Roosevelt Ave, Burlington, IA 52601-1759 |
| 802511278 | + | EDI: CAPITALONE.COM | | |
| | | | May 05 2021 01:33:00 | Capital One, Attn: General Correspondence, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 802511287 | + | Email/Text: ebnnotifications@creditacceptance.com | | |
| | | | May 05 2021 02:51:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 802511289 | + | EDI: CCS.COM | | |
| | | | May 05 2021 01:33:00 | Credit Collection Services, PO Box 710, Norwood, MA 02062-0710 |
| 802511288 | + | EDI: CCS.COM | | |
| | | | May 05 2021 01:33:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 802511290 | | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | May 05 2021 02:30:04 | Credit One Bank, PO Box 60500, City Of Industry, CA 91716-0500 |
| 802511291 | + | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | May 05 2021 02:30:04 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 802511292 | + | Email/Text: lisamoore@creditoradvocates.com | | |
| | | | May 05 2021 02:51:00 | Creditor Advocates, Inc., 1551 Southcross Drive W, Suite C, Burnsville, MN 55306-6938 |
| 802511295 | | EDI: DIRECTV.COM | | |
| | | | May 05 2021 01:33:00 | DirecTV, PO Box 6550, Englewood, CO 80155 |
| 802511296 | + | EDI: DIRECTV.COM | | |
| | | | May 05 2021 01:33:00 | DirecTV, PO Box 5007, Carol Stream, IL 60197-5007 |
| 802511294 | + | EDI: DIRECTV.COM | | |
| | | | May 05 2021 01:33:00 | DirecTV, PO Box 105249, Atlanta, GA 30348-5249 |
| 802511303 | + | EDI: PHINGENESIS | | |
| | | | May 05 2021 01:33:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 802511304 | + | Email/Text: kgarcia@grhs.net | | |
| | | | May 05 2021 02:51:00 | Great River Medical Center, 1221 S Gear Avenue, PO Box 668, West Burlington, IA 52655-0668 |
| 802511271 | | EDI: IRS.COM | | |
| | | | May 05 2021 01:33:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 802511310 | | EDI: LCIMEDIACOM | | |
| | | | May 05 2021 01:33:00 | Mediacom, 3900 26th Avenue, Moline, IL 61265 |
| 802511311 | | EDI: LCIMEDIACOM | | |
| | | | May 05 2021 01:33:00 | Mediacom, PO Box 5744, Carol Stream, IL 60197 |
| 802511314 | + | EDI: MID8.COM | | |
| | | | May 05 2021 01:33:00 | Midland Credit Management, Attn: Bankruptcy, PO Box 2121, Warren, MI 48090-2121 |
| 802511312 | + | EDI: MID8.COM | | |
| | | | May 05 2021 01:33:00 | Midland Credit Management, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |

District/off: 0863-4                                   User: KyleMayna                                   Page 3 of 4
Date Rcvd: May 04, 2021                               Form ID: 5309I                                Total Noticed: 74

| 802511321 | + EDI: AGFINANCE.COM | | |
| | | May 05 2021 01:33:00 | OneMain Financial, Attn: Customer Care, PO Box 1010, Evansville, IN 47706-1010 |
| 802511322 | + EDI: AGFINANCE.COM | | |
| | | May 05 2021 01:33:00 | OneMain Financial, Attn: Customer Care, PO Box 3251, Evansville, IN 47731-3251 |
| 802511320 | + EDI: AGFINANCE.COM | | |
| | | May 05 2021 01:33:00 | OneMain Financial, Attn: Customer Care, 6801 Colwell Blvd, Irving, TX 75039-3198 |
| 802511328 | + Email/Text: jcissell@bankofmissouri.com | | |
| | | May 05 2021 02:51:00 | The Bank of Missouri, 916 N Kings Hwy, Perryville, MO 63775-1204 |
| 802511332 | + Email/Text: bankruptcydepartment@tsico.com | | |
| | | May 05 2021 02:51:00 | Transworld Systems, 500 Virginia Drive, Suite 514, Fort Washington, PA 19034-2733 |
| 802511338 | EDI: USBANKARS.COM | | |
| | | May 05 2021 01:33:00 | US Bank, PO Box 108, Saint Louis, MO 63166 |
| 802511339 | EDI: USBANKARS.COM | | |
| | | May 05 2021 01:33:00 | US Bank, PO Box 5227, Cincinnati, OH 45201 |
| 802511340 | EDI: USBANKARS.COM | | |
| | | May 05 2021 01:33:00 | US Bank, PO Box 6353, Fargo, ND 58125 |
| 802511337 | EDI: USBANKARS.COM | | |
| | | May 05 2021 01:33:00 | US Bank, PO Box 790408, Saint Louis, MO 63179-0408 |
| 802511333 | Email/Text: BankruptcyNotices@healthcare.uiowa.edu | | |
| | | May 05 2021 02:51:00 | University of Iowa Healthcare, Patient Financial Services, 2100 University Capital Centre, Iowa City, IA 52242-5500 |
| 802511336 | + Email/Text: BankruptcyNotices@healthcare.uiowa.edu | | |
| | | May 05 2021 02:51:00 | University of Iowa Healthcare, Patient Financial Services, PO Box 14551, Des Moines, IA 50306-3551 |
| 802511335 | + Email/Text: BankruptcyNotices@healthcare.uiowa.edu | | |
| | | May 05 2021 02:51:00 | University of Iowa Healthcare, Patient Financial Services, 200 Hawkins Drive, Iowa City, IA 52242-1009 |

TOTAL: 39

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 802511329 | | The Bank of Missouri |
| 802511281 | *+ | CKS FInancial, PO Box 2856, Chesapeake, VA 23327-2856 |
| 802511302 | *+ | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Avenue, Suite 3, Mt Laurel, NJ 08054-1210 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 06, 2021               Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2021 at the address(es) listed below:

District/off: 0863-4            User: KyleMayna            Page 4 of 4

Date Rcvd: May 04, 2021            Form ID: 5309I            Total Noticed: 74

| Name | Email Address |
| --- | --- |
| Bruce A Buckrop | on behalf of Debtor Alan Richard Sandberg bbankruptcy@gmail.com bvcourtemail@gmail.com;buckropbr50676@notify.bestcase.com |
| Carol F Dunbar, | ssteffen@iowachapter13.com  mweber@iowachapter13.com;cdunbar13dm@ecf.epiqsystems.com |
| Deanna R Bachman, | on behalf of Trustee Carol F Dunbar  dbachman@iowachapter13.com |
| United States Trustee | USTPRegion12.DM.ECF@usdoj.gov |

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| **Debtor 1:** | **Alan Richard Sandberg** | Social Security number or ITIN:   xxx–xx–7368 |
| | First Name   Middle Name   Last Name | EIN:  _ _–_ _ _ _ _ _ _ |
| **Debtor 2:** (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN:  _ _ _ _ |
| | | EIN:  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court:   Southern District of Iowa | | Date case filed for chapter:          13       5/4/21 |
| Case number:   21–00635–lmj13 | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Alan Richard Sandberg | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 3148 200th Street Fort Madison, IA 52627 | |
| 4. | **Debtor's attorney** Name and address | Bruce A Buckrop 114 19th Street Rock Island, IL 61201 | Contact phone (309) 788–2747 Email:  bbankruptcy@gmail.com |
| 5. | **Bankruptcy trustee** Name and address | Carol F Dunbar 531 Commercial St Ste 500 Waterloo, IA 50701 | Contact phone (319) 233–6327 Email:  ssteffen@iowachapter13.com |
| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 110 E. Court Ave. Suite 300 Des Moines, IA 50309 | Office Hours:  08:00 AM – 05:00 PM Monday – Friday Contact phone (515) 284–6230 Date: 5/4/21 |

**For more information, see page 2**

Debtor  **Alan Richard Sandberg**                                                      Case number **21–00635–lmj13**

| | | |
|---|---|---|
| **7.** | **Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 21, 2021 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.   **Location:**<br>**Conference call dial in 866–613–9360, Participant Code 1433819** |
| **8.** | **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**                **Filing deadline: 8/20/21**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4).<br>**Deadline for all creditors to file a proof of claim (except governmental units):**                **Filing deadline: 7/13/21**<br>**Deadline for governmental units to file a proof of claim:**                **Filing deadline:** 180 days post Order for Relief<br><br>**Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim may be filed electronically at the court's web site at www.iasb.uscourts.gov. Select *E–Filing Proof of Claim* on court's home page. Alternatively, a proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.<br><br>**Deadline to object to exemptions:**                **Filing deadline:** If applicable, 30 days<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection.                after the *conclusion* of the meeting of creditors |
| **9.** | **Filing of plan** | The debtor has not filed a plan as of this date. A copy of the plan and a notice of the hearing on confirmation will be sent separately. |
| **10.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **11.** | **Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. |
| **13.** | **Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. |
| **14.** | **Cellular phones** | Only attorneys and their employees may carry cell phones and other portable communication devices into hearing locations. |