UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>ALAN RICHARD SANDBERG;<br><br>Debtor. | CASE NO. 21-00635<br><br>APPEARANCE AND REQUEST<br>FOR SERVICE OF NOTICE |

COMES NOW, Benjamin W. Hopkins and hereby enters his appearance on behalf of Freedom Mortgage Corporation.

You are requested to serve a copy of each notice of proceeding, hearing and/or report in this matter, including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) upon the undersigned at the address indicated below.

PETOSA LAW LLP

By /s/ Benjamin W. Hopkins
Benjamin W. Hopkins    AT0003573
Ryan C. Holtgraves      AT0010588
Petosa Law LLP
1350 NW 138th Street, Suite 100
Clive, IA 50325

ATTORNEYS FOR FREEDOM MORTGAGE
CORPORATION

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing Appearance and Request for Service of Notice was electronically mailed and/or mailed by United States mail, postage prepaid this 7th day of May, 2021, to the persons listed below.

/s/ Rachelle Bennethum
Rachelle Bennethum

COPIES TO:

U.S. Bankruptcy Trustee Southern District of Iowa
Federal Building, Room 793
210 Walnut Street
Des Moines, IA 50309

Bruce A. Buckrop, Attorney
114 19th Street
Rock Island, IL 61201

Carol F. Dunbar, Trustee
531 Commercial Street, Suite 500
Waterloo, IA 50701