Certificate Number: 14424-IAS-DE-035675570

Bankruptcy Case Number: 21-00635



14424-IAS-DE-035675570

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 16, 2021, at 5:29 o'clock PM EDT, Alan R Sandberg completed a course on personal financial management given by internet by BK Class Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Iowa.

Date:   May 16, 2021              By:   /s/Mabelyn Ramirez

                                  Name:  Mabelyn Ramirez

                                  Title: Instructor