United States Bankruptcy Court
Southern District of Iowa

In re:  
Alan Richard Sandberg  
Debtor

Case No. 21-00635-lmj  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0863-4  User: CraigCeyn  Page 1 of 4
Date Rcvd: May 17, 2021  Form ID: NTCBDPLA  Total Noticed: 71

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alan Richard Sandberg, 3148 200th Street, Fort Madison, IA 52627-9787 |
| 802511277 | + | AT&T DirecTV, PO Box 5014, Carol Stream, IL 60197-5014 |
| 802511272 | + | Aaron's Sales & Lease, Attn: Bankruptcy, PO Box 100039, Kennesaw, GA 30156-9239 |
| 802511284 | ++ | CONTINENTAL FINANCE COMPANY LLC, PO BOX 8099, NEWARK DE 19714-8099 address filed with court:, Continental Finance, PO Box 8099, Newark, DE 19714 |
| 802511279 | + | CeruLean, PO Box 6812, Carol Stream, IL 60197-6812 |
| 802511283 | + | Community Health Center, 407 Blondeau, Suite 1, Keokuk, IA 52632-5657 |
| 802511285 | + | Continental Finance, PO Box 9203, Old Bethpage, NY 11804-9003 |
| 802511286 | + | Continental Finance Company, Attn: Bankruptcy, PO Box 3220, Buffalo, NY 14240-3220 |
| 802511293 | + | Creditor Advocates, Inc., 14551 Judicial Road, Suite 10, Burnsville, MN 55306-4841 |
| 802511297 | | Dr. Amy Clem, 508 S Roosevelt, Burlington, IA 52601 |
| 802511298 | + | Financial Adjustment Bureau, PO Box 276, 612 Jefferson Street, Burlington, IA 52601-5428 |
| 802511300 | + | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 802511299 | + | Freedom Mortgage Corporation, PO Box 89486, Cleveland, OH 44101-6486 |
| 802511301 | + | Freedom Mortgage Corporation, PO Box 50428, Indianapolis, IN 46250-0401 |
| 802511305 | + | Great River Medical Center, PO Box 540, West Burlington, IA 52655-0540 |
| 802511306 | + | Great River Physicians & Clinics, PO Box 540, West Burlington, IA 52655-0540 |
| 802511307 | + | Great River Physicians & Clinics, PO Box 650292, Dallas, TX 75265-0292 |
| 802511308 | + | H&R Accounts, 5320 22nd Avenue, Moline, IL 61265-3627 |
| 802511309 | + | IH Mississippi Valley Credit Union, Attn: Bankruptcy Department, 2500 River Drive, Moline, IL 61265-1670 |
| 802511317 | + | MRS Associates, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 802511319 | + | NCB Management Services, PO Box 1099, Langhorne, PA 19047-6099 |
| 802511318 | + | NCB Management Services, 1 Allied Drive, Feasterville Trevose, PA 19053-6945 |
| 802511326 | + | RMP, LLC, PO Box 519, Sauk Rapids, MN 56379-0519 |
| 802511323 | + | Rausch, Sturm, Israel, Enerson & Hornik, 250 N Sunnyslope Road, Suite 300, Brookfield, WI 53005-4800 |
| 802511325 | + | Republic Bank & Trust Co., PO Box 950276, Louisville, KY 40295-0276 |
| 802511324 | + | Republic Bank & Trust Co., 4030 Smith Road, Cincinnati, OH 45209-1937 |
| 802511327 | + | Sterling Jewelers, Inc., Attn: Bankruptcy, PO Box 1799, Akron, OH 44309-1799 |
| 802511331 | + | The Family Credit Union, 1400 Rockingham Rd, Davenport, IA 52802-1287 |
| 802511330 | + | The Family Credit Union, 1600 John Deere Road, Silvis, IL 61282-1946 |
| 802511338 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, US Bank, PO Box 108, Saint Louis, MO 63166 |
| 802511339 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, US Bank, PO Box 5227, Cincinnati, OH 45201 |
| 802511340 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, US Bank, PO Box 6353, Fargo, ND 58125 |
| 802511337 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, US Bank, PO Box 790408, Saint Louis, MO 63179-0408 |
| 802511334 | | University of Iowa Healthcare, Patient Financial Services, PO Box 40200, Des Moines, IA 50940-2000 |
| 802511341 | + | Vehicle Acceptance Corporation, PO Box 191607, Dallas, TX 75219-8503 |
| 802511342 | | Viking Client Services, LLC, PO Box 285, Chesapeake, VA 23327 |

TOTAL: 36

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 802511273 | + | Email/Text: amscbankruptcy@adt.com | May 18 2021 00:28:00 | ADT Security Services, 3190 S Vaughn Way, Aurora, CO 80014-3512 |

| Recipient # | Delivery | Date/Time | Address |
|---|---|---|---|
| 802511276 | + Email/Text: G06041@att.com | May 18 2021 00:28:00 | AT&T DirecTV, PO Box 105503, Atlanta, GA 30348-5503 |
| 802511274 | + Email/Text: pkrieg@alliantcu.com | May 18 2021 00:28:00 | Alliant Credit Union, 1200 Associates Drive, Dubuque, IA 52002-2283 |
| 802511275 | + Email/Text: documents@apellesnow.com | May 18 2021 00:28:00 | Apelles, 3700 Corporate Drive, Columbus, OH 43231-4984 |
| 802511280 | + Email/Text: jsanders@cksfin.com | May 18 2021 00:28:00 | CKS Financial, PO Box 2856, Chesapeake, VA 23327-2856 |
| 802511282 | + Email/Text: gmeier2@jdbyrider.com | May 18 2021 00:28:00 | CNAC, 125 S Roosevelt Ave, Burlington, IA 52601-1759 |
| 802511278 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 18 2021 00:54:15 | Capital One, Attn: General Correspondence, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 802511287 | + Email/Text: ebnnotifications@creditacceptance.com | May 18 2021 00:28:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 802511289 | + Email/Text: bankruptcy_notifications@ccsusa.com | May 18 2021 00:28:00 | Credit Collection Services, PO Box 710, Norwood, MA 02062-0710 |
| 802511288 | + Email/Text: bankruptcy_notifications@ccsusa.com | May 18 2021 00:28:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 802511290 | Email/PDF: creditonebknotifications@resurgent.com | May 18 2021 00:50:33 | Credit One Bank, PO Box 60500, City Of Industry, CA 91716-0500 |
| 802511291 | + Email/PDF: creditonebknotifications@resurgent.com | May 18 2021 00:50:32 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 802511292 | + Email/Text: lisamoore@creditoradvocates.com | May 18 2021 00:28:00 | Creditor Advocates, Inc., 1551 Southcross Drive W, Suite C, Burnsville, MN 55306-6938 |
| 802511295 | Email/Text: G06041@att.com | May 18 2021 00:28:00 | DirecTV, PO Box 6550, Englewood, CO 80155 |
| 802511296 | + Email/Text: G06041@att.com | May 18 2021 00:28:00 | DirecTV, PO Box 5007, Carol Stream, IL 60197-5007 |
| 802511294 | + Email/Text: G06041@att.com | May 18 2021 00:28:00 | DirecTV, PO Box 105249, Atlanta, GA 30348-5249 |
| 802512941 | + Email/Text: bankruptcy@avadynehealth.com | May 18 2021 00:28:00 | GREAT RIVER MEDICAL CENTER, C/O H AND R ACCOUNTS, PO BOX 672, MOLINE, IL 61266-0672 |
| 802511303 | + Email/Text: GenesisFS@ebn.phinsolutions.com | May 18 2021 00:28:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 802511304 | + Email/Text: kgarcia@grhs.net | May 18 2021 00:28:00 | Great River Medical Center, 1221 S Gear Avenue, PO Box 668, West Burlington, IA 52655-0668 |
| 802511271 | Email/Text: sbse.cio.bnc.mail@irs.gov | May 18 2021 00:28:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 802511310 | Email/Text: Documentfiling@LCIinc.com | May 18 2021 00:28:00 | Mediacom, 3900 26th Avenue, Moline, IL 61265 |
| 802511311 | Email/Text: Documentfiling@LCIinc.com | May 18 2021 00:28:00 | Mediacom, PO Box 5744, Carol Stream, IL 60197 |
| 802511314 | + Email/Text: bankruptcydpt@mcmcg.com | May 18 2021 00:28:00 | Midland Credit Management, Attn: Bankruptcy, PO Box 2121, Warren, MI 48090-2121 |
| 802511312 | + Email/Text: bankruptcydpt@mcmcg.com | May 18 2021 00:28:00 | Midland Credit Management, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 802511313 | + Email/Text: bankruptcydpt@mcmcg.com | May 18 2021 00:28:00 | Midland Credit Management, Attn: Bankruptcy, PO Box 301030, Los Angeles, CA 90030-1030 |
| 802511315 | + Email/Text: bankruptcydpt@mcmcg.com | May 18 2021 00:28:00 | Midland Funding, LLC, 320 East Big Beaver, Suite 300, Troy, MI 48083-1271 |

| District/off: 0863-4 | User: CraigCeyn | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 17, 2021 | Form ID: NTCBDPLA | Total Noticed: 71 |

| | | | | |
|---|---|---|---|---|
| 802511316 | + | Email/Text: bankruptcydpt@mcmcg.com | May 18 2021 00:28:00 | Midland Funding, LLC, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 802511321 | + | Email/PDF: cbp@onemainfinancial.com | May 18 2021 00:50:32 | OneMain Financial, Attn: Customer Care, PO Box 1010, Evansville, IN 47706-1010 |
| 802511322 | + | Email/PDF: cbp@onemainfinancial.com | May 18 2021 00:52:24 | OneMain Financial, Attn: Customer Care, PO Box 3251, Evansville, IN 47731-3251 |
| 802511320 | + | Email/PDF: cbp@onemainfinancial.com | May 18 2021 00:54:15 | OneMain Financial, Attn: Customer Care, 6801 Colwell Blvd, Irving, TX 75039-3198 |
| 802511328 | + | Email/Text: jcissell@bankofmissouri.com | May 18 2021 00:28:00 | The Bank of Missouri, 916 N Kings Hwy, Perryville, MO 63775-1204 |
| 802511332 | + | Email/Text: bankruptcydepartment@tsico.com | May 18 2021 00:28:00 | Transworld Systems, 500 Virginia Drive, Suite 514, Fort Washington, PA 19034-2733 |
| 802511338 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 18 2021 00:28:00 | US Bank, PO Box 108, Saint Louis, MO 63166 |
| 802511339 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 18 2021 00:28:00 | US Bank, PO Box 5227, Cincinnati, OH 45201 |
| 802511340 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 18 2021 00:28:00 | US Bank, PO Box 6353, Fargo, ND 58125 |
| 802511337 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 18 2021 00:28:00 | US Bank, PO Box 790408, Saint Louis, MO 63179-0408 |
| 802511333 | | Email/Text: BankruptcyNotices@healthcare.uiowa.edu | May 18 2021 00:28:00 | University of Iowa Healthcare, Patient Financial Services, 2100 University Capital Centre, Iowa City, IA 52242-5500 |
| 802511336 | + | Email/Text: BankruptcyNotices@healthcare.uiowa.edu | May 18 2021 00:28:00 | University of Iowa Healthcare, Patient Financial Services, PO Box 14551, Des Moines, IA 50306-3551 |
| 802511335 | + | Email/Text: BankruptcyNotices@healthcare.uiowa.edu | May 18 2021 00:28:00 | University of Iowa Healthcare, Patient Financial Services, 200 Hawkins Drive, Iowa City, IA 52242-1009 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 802511329 | | The Bank of Missouri |
| 802511281 | *+ | CKS FInancial, PO Box 2856, Chesapeake, VA 23327-2856 |
| 802511302 | *+ | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Avenue, Suite 3, Mt Laurel, NJ 08054-1210 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2021    Signature:    /s/Joseph Speetjens

District/off: 0863-4 User: CraigCeyn Page 4 of 4
Date Rcvd: May 17, 2021 Form ID: NTCBDPLA Total Noticed: 71

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Benjamin W Hopkins | on behalf of Creditor Freedom Mortgage Corporation rbennethum@petosalaw.com jmcvay@petosalaw.com |
| Bruce A Buckrop | on behalf of Debtor Alan Richard Sandberg bbankruptcy@gmail.com bvcourtemail@gmail.com;buckropbr50676@notify.bestcase.com |
| Carol F Dunbar, | ssteffen@iowachapter13.com mweber@iowachapter13.com;cdunbar13dm@ecf.epiqsystems.com |
| Deanna R Bachman, | on behalf of Trustee Carol F Dunbar dbachman@iowachapter13.com |
| United States Trustee | USTPRegion12.DM.ECF@usdoj.gov |

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
110 E. Court Avenue, Suite 300
Des Moines, Iowa 50309−2044
www.iasb.uscourts.gov

In the Matter of:                                                     Case No. 21−00635−lmj13
Alan Richard Sandberg

Debtor(s)

## ORDER AND NOTICE OF BAR DATE

The following docket text and Notice of Bar Date result from the indicated document(s) filed in the above captioned case:

**Notice of Bar Date to Chapter 13 Plan (related document(s)[13] Chapter 13 Plan). Objections Due By 07/12/2021. (accc)**

**NOTICE IS GIVEN that** objections to the above referenced matter must be filed by the date referenced in the above docket text. Objections, if any, shall be filed with the Clerk, U.S. Bankruptcy Court. Said objections must include proof of service on all appropriate parties as required by the Federal Rules of Bankruptcy Procedure.

**NOTICE IS FURTHER GIVEN that** only timely and substantive objections will be set for hearing by separate notice. Otherwise an appropriate order will be entered without further notice and hearing.

**IT IS THEREFORE ORDERED that** this notice supersedes any other bar date notice the filer may have served for this matter and all parties receiving this notice shall govern themselves accordingly.

**IT IS FURTHER ORDERED that** a party who has not already received the document(s) indicated above may request such document(s) from the filer (if review of the content is absolutely necessary in determining whether to file an objection to the above referenced matter) and the filer shall comply promptly with such request.

Judge Lee M. Jackwig
United States Bankruptcy Judge