Tuesday, June 01, 2021

OneMain Financial®

U.S. Bankruptcy Court Southern Iowa

Re: Amended Proof of Claim Withdrawal
Name: Alan Sandberg
Case Number: 21-00635
To Whom It May Concern:

This letter is to serve as a written request by OneMain to withdraw amended proof of claim entry number #1-2 filed on case number 21-00635 dated 6/1/21. Thank you for your assistance in this matter.

If you have any questions concerning this matter, please contact our office at (800) 266-9800.

Thank you,


/s/ Crystal Browning
Bankruptcy Support Representative
Centralized Bankruptcy Department
OneMain