United States Bankruptcy Court

Southern District of Iowa

| | |
|---|---|
| In re: | Case No. 21-00635-lmj |
| Alan Richard Sandberg | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0863-4 | User: KyleMayna | Page 1 of 2 |
| Date Rcvd: Jun 01, 2021 | Form ID: NTCBDBK | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Alan Richard Sandberg, 3148 200th Street, Fort Madison, IA 52627-9787 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: cbp@onemainfinancial.com | Jun 02 2021 01:28:27 | OneMain, P.O.Box 3251, Evansville, In 47731-3251 |
| 802511321 | + Email/PDF: cbp@onemainfinancial.com | Jun 02 2021 01:29:31 | OneMain Financial, Attn: Customer Care, PO Box 1010, Evansville, IN 47706-1010 |
| 802511322 | + Email/PDF: cbp@onemainfinancial.com | Jun 02 2021 01:28:27 | OneMain Financial, Attn: Customer Care, PO Box 3251, Evansville, IN 47731-3251 |
| 802511320 | + Email/PDF: cbp@onemainfinancial.com | Jun 02 2021 01:28:27 | OneMain Financial, Attn: Customer Care, 6801 Colwell Blvd, Irving, TX 75039-3198 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Jun 03, 2021 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin W Hopkins | |

| | | |
|---|---|---|
| District/off: 0863-4 | User: KyleMayna | Page 2 of 2 |
| Date Rcvd: Jun 01, 2021 | Form ID: NTCBDBK | Total Noticed: 5 |

        on behalf of Creditor Freedom Mortgage Corporation rbennethum@petosalaw.com  jmcvay@petosalaw.com

Bruce A Buckrop
        on behalf of Debtor Alan Richard Sandberg bbankruptcy@gmail.com
        bvcourtemail@gmail.com;buckropbr50676@notify.bestcase.com

Carol F Dunbar,
        ssteffen@iowachapter13.com  mweber@iowachapter13.com;cdunbar13dm@ecf.epiqsystems.com

Deanna R Bachman,
        on behalf of Trustee Carol F Dunbar  dbachman@iowachapter13.com

United States Trustee
        USTPRegion12.DM.ECF@usdoj.gov

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
110 E. Court Avenue, Suite 300
Des Moines, Iowa 50309−2044
www.iasb.uscourts.gov

In the Matter of:                           Case No. 21−00635−lmj13
Alan Richard Sandberg

Debtor(s)

## ORDER AND NOTICE OF BAR DATE

The following docket text and Notice of Bar Date result from the indicated document(s) filed in the above captioned case:

**Notice of Bar Date for Objections (Re: related document #[17] Notice of Withdrawal of Claim(s):ClaimNumber 1 Filed by Creditor OneMain). Objection Due By 07/01/2021. (kam)**

**NOTICE IS GIVEN that** objections to the above referenced matter must be filed by the date referenced in the above docket text. Objections, if any, shall be filed with the Clerk, U.S. Bankruptcy Court. Said objections must include proof of service on all appropriate parties as required by the Federal Rules of Bankruptcy Procedure.

**NOTICE IS FURTHER GIVEN that** only timely and substantive objections will be set for hearing by separate notice. Otherwise an appropriate order will be entered without further notice and hearing.

**IT IS THEREFORE ORDERED that** this notice supersedes any other bar date notice the filer may have served for this matter and all parties receiving this notice shall govern themselves accordingly.

**IT IS FURTHER ORDERED that** a party who has not already received the document(s) indicated above may request such document(s) from the filer (if review of the content is absolutely necessary in determining whether to file an objection to the above referenced matter) and the filer shall comply promptly with such request.

Judge Lee M. Jackwig
United States Bankruptcy Judge