United States Bankruptcy Court

Southern District of Iowa

In re:  
Alan Richard Sandberg  
    Debtor

Case No. 21-00635-lmj  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0863-4     User: auto     Page 1 of 4  
Date Rcvd: Jul 22, 2021     Form ID: 8OCNF13     Total Noticed: 78

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alan Richard Sandberg, 3148 200th Street, Fort Madison, IA 52627-9787 |
| 802511272 | + | Aaron's Sales & Lease, Attn: Bankruptcy, PO Box 100039, Kennesaw, GA 30156-9239 |
| 802511284 | ++ | CONTINENTAL FINANCE COMPANY LLC, PO BOX 8099, NEWARK DE 19714-8099 address filed with court:, Continental Finance, PO Box 8099, Newark, DE 19714 |
| 802511279 | + | CeruLean, PO Box 6812, Carol Stream, IL 60197-6812 |
| 802511283 | + | Community Health Center, 407 Blondeau, Suite 1, Keokuk, IA 52632-5657 |
| 802511285 | + | Continental Finance, PO Box 9203, Old Bethpage, NY 11804-9003 |
| 802511286 | + | Continental Finance Company, Attn: Bankruptcy, PO Box 3220, Buffalo, NY 14240-3220 |
| 802511293 | + | Creditor Advocates, Inc., 14551 Judicial Road, Suite 10, Burnsville, MN 55306-4841 |
| 802511297 | | Dr. Amy Clem, 508 S Roosevelt, Burlington, IA 52601 |
| 802514011 | + | FINANCIAL ADJUSTMENT BUREAU, INC., 612 JEFFERSON, BURLINGTON, IA 52601-5428 |
| 802511298 | + | Financial Adjustment Bureau, PO Box 276, 612 Jefferson Street, Burlington, IA 52601-5428 |
| 802511300 | + | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 802511299 | | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 802511301 | + | Freedom Mortgage Corporation, PO Box 50428, Indianapolis, IN 46250-0401 |
| 802511305 | + | Great River Medical Center, PO Box 540, West Burlington, IA 52655-0540 |
| 802511306 | + | Great River Physicians & Clinics, PO Box 540, West Burlington, IA 52655-0540 |
| 802511307 | + | Great River Physicians & Clinics, PO Box 650292, Dallas, TX 75265-0292 |
| 802511309 | + | IH Mississippi Valley Credit Union, Attn: Bankruptcy Department, 2500 River Drive, Moline, IL 61265-1670 |
| 802511317 | + | MRS Associates, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 802511319 | + | NCB Management Services, PO Box 1099, Langhorne, PA 19047-6099 |
| 802511318 | + | NCB Management Services, 1 Allied Drive, Feasterville Trevose, PA 19053-6945 |
| 802511326 | + | RMP, LLC, PO Box 519, Sauk Rapids, MN 56379-0519 |
| 802511323 | + | Rausch, Sturm, Israel, Enerson & Hornik, 250 N Sunnyslope Road, Suite 300, Brookfield, WI 53005-4800 |
| 802511325 | + | Republic Bank & Trust Co., PO Box 950276, Louisville, KY 40295-0276 |
| 802511324 | + | Republic Bank & Trust Co., 4030 Smith Road, Cincinnati, OH 45209-1937 |
| 802511327 | + | Sterling Jewelers, Inc., Attn: Bankruptcy, PO Box 1799, Akron, OH 44309-1799 |
| 802511331 | + | The Family Credit Union, 1400 Rockingham Rd, Davenport, IA 52802-1287 |
| 802511330 | + | The Family Credit Union, 1600 John Deere Road, Silvis, IL 61282-1946 |
| 802513552 | + | University of Iowa Health Care, 3281 Ridgeway Drive Suite 300, Coralville, IA 52241-2026 |
| 802511334 | | University of Iowa Healthcare, Patient Financial Services, PO Box 40200, Des Moines, IA 50940-2000 |
| 802511341 | + | Vehicle Acceptance Corporation, PO Box 191607, Dallas, TX 75219-8503 |
| 802511342 | | Viking Client Services, LLC, PO Box 285, Chesapeake, VA 23327 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: cbp@onemainfinancial.com | Jul 22 2021 21:48:30 | OneMain, P.O.Box 3251, Evansville, In 47731-3251 |
| 802511273 | + | Email/Text: amscbankruptcy@adt.com | Jul 22 2021 21:39:00 | ADT Security Services, 3190 S Vaughn Way, Aurora, CO 80014-3512 |
| 802511276 | + | Email/Text: G06041@att.com | Jul 22 2021 21:39:00 | AT&T DirecTV, PO Box 105503, Atlanta, GA 30348-5503 |

| District/off: 0863-4 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 22, 2021 | Form ID: 8OCNF13 | Total Noticed: 78 |

| | | | |
|---|---|---|---|
| 802511277 | + Email/Text: G06041@att.com | Jul 22 2021 21:39:00 | AT&T DirecTV, PO Box 5014, Carol Stream, IL 60197-5014 |
| 802511274 | + Email/Text: pkrieg@alliantcu.com | Jul 22 2021 21:39:00 | Alliant Credit Union, 1200 Associates Drive, Dubuque, IA 52002-2283 |
| 802511275 | + Email/Text: documents@apellesnow.com | Jul 22 2021 21:39:00 | Apelles, 3700 Corporate Drive, Columbus, OH 43231-4984 |
| 802511280 | + Email/Text: jsanders@cksfin.com | Jul 22 2021 21:39:00 | CKS Financial, PO Box 2856, Chesapeake, VA 23327-2856 |
| 802511282 | + Email/Text: gmeier2@jdbyrider.com | Jul 22 2021 21:39:00 | CNAC, 125 S Roosevelt Ave, Burlington, IA 52601-1759 |
| 802511278 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 22 2021 21:48:30 | Capital One, Attn: General Correspondence, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 802513410 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 22 2021 21:48:30 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 802511287 | + Email/Text: ebnnotifications@creditacceptance.com | Jul 22 2021 21:39:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 802511289 | + Email/Text: bankruptcy_notifications@ccsusa.com | Jul 22 2021 21:39:00 | Credit Collection Services, PO Box 710, Norwood, MA 02062-0710 |
| 802511288 | + Email/Text: bankruptcy_notifications@ccsusa.com | Jul 22 2021 21:39:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 802511290 | Email/PDF: creditonebknotifications@resurgent.com | Jul 22 2021 21:48:27 | Credit One Bank, PO Box 60500, City Of Industry, CA 91716-0500 |
| 802511291 | + Email/PDF: creditonebknotifications@resurgent.com | Jul 22 2021 21:48:27 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 802511292 | + Email/Text: lisamoore@creditoradvocates.com | Jul 22 2021 21:39:00 | Creditor Advocates, Inc., 1551 Southcross Drive W, Suite C, Burnsville, MN 55306-6938 |
| 802511295 | Email/Text: G06041@att.com | Jul 22 2021 21:39:00 | DirecTV, PO Box 6550, Englewood, CO 80155 |
| 802511296 | + Email/Text: G06041@att.com | Jul 22 2021 21:39:00 | DirecTV, PO Box 5007, Carol Stream, IL 60197-5007 |
| 802511294 | + Email/Text: G06041@att.com | Jul 22 2021 21:39:00 | DirecTV, PO Box 105249, Atlanta, GA 30348-5249 |
| 802512941 | + Email/Text: bankruptcy@avadynehealth.com | Jul 22 2021 21:39:00 | GREAT RIVER MEDICAL CENTER, C/O H AND R ACCOUNTS, PO BOX 672, MOLINE, IL 61266-0672 |
| 802511303 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Jul 22 2021 21:39:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 802511304 | + Email/Text: kgarcia@grhs.net | Jul 22 2021 21:39:00 | Great River Medical Center, 1221 S Gear Avenue, PO Box 668, West Burlington, IA 52655-0668 |
| 802511308 | Email/Text: bankruptcy@avadynehealth.com | Jul 22 2021 21:39:00 | H&R Accounts, 5320 22nd Avenue, Moline, IL 61265 |
| 802511271 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 22 2021 21:39:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 802514006 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 22 2021 21:48:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 802511310 | Email/Text: Documentfiling@LCIinc.com | Jul 22 2021 21:39:00 | Mediacom, 3900 26th Avenue, Moline, IL 61265 |
| 802511311 | Email/Text: Documentfiling@LCIinc.com | Jul 22 2021 21:39:00 | Mediacom, PO Box 5744, Carol Stream, IL 60197 |
| 802511314 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 22 2021 21:39:00 | Midland Credit Management, Attn: Bankruptcy, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | PO Box 2121, Warren, MI 48090-2121 |
| 802511312 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 22 2021 21:39:00 | Midland Credit Management, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 802511313 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 22 2021 21:39:00 | Midland Credit Management, Attn: Bankruptcy, PO Box 301030, Los Angeles, CA 90030-1030 |
| 802518532 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 22 2021 21:39:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 802511315 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 22 2021 21:39:00 | Midland Funding, LLC, 320 East Big Beaver, Suite 300, Troy, MI 48083-1271 |
| 802511316 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 22 2021 21:39:00 | Midland Funding, LLC, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 802511321 | + | Email/PDF: cbp@onemainfinancial.com | Jul 22 2021 21:48:24 | OneMain Financial, Attn: Customer Care, PO Box 1010, Evansville, IN 47706-1010 |
| 802511322 | + | Email/PDF: cbp@onemainfinancial.com | Jul 22 2021 21:48:27 | OneMain Financial, Attn: Customer Care, PO Box 3251, Evansville, IN 47731-3251 |
| 802511320 | + | Email/PDF: cbp@onemainfinancial.com | Jul 22 2021 21:48:24 | OneMain Financial, Attn: Customer Care, 6801 Colwell Blvd, Irving, TX 75039-3198 |
| 802514784 | | Email/Text: bnc-quantum@quantum3group.com | Jul 22 2021 21:39:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 802511328 | + | Email/Text: jcissell@bankofmissouri.com | Jul 22 2021 21:39:00 | The Bank of Missouri, 916 N Kings Hwy, Perryville, MO 63775-1204 |
| 802511332 | + | Email/Text: bankruptcydepartment@tsico.com | Jul 22 2021 21:39:00 | Transworld Systems, 500 Virginia Drive, Suite 514, Fort Washington, PA 19034-2733 |
| 802511338 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 22 2021 21:39:00 | US Bank, PO Box 108, Saint Louis, MO 63166 |
| 802511339 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 22 2021 21:39:00 | US Bank, PO Box 5227, Cincinnati, OH 45201 |
| 802511340 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 22 2021 21:39:00 | US Bank, PO Box 6353, Fargo, ND 58125 |
| 802511337 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 22 2021 21:39:00 | US Bank, PO Box 790408, Saint Louis, MO 63179-0408 |
| 802511333 | | Email/Text: BankruptcyNotices@healthcare.uiowa.edu | Jul 22 2021 21:39:00 | University of Iowa Healthcare, Patient Financial Services, 2100 University Capital Centre, Iowa City, IA 52242-5500 |
| 802511336 | + | Email/Text: BankruptcyNotices@healthcare.uiowa.edu | Jul 22 2021 21:39:00 | University of Iowa Healthcare, Patient Financial Services, PO Box 14551, Des Moines, IA 50306-3551 |
| 802511335 | + | Email/Text: BankruptcyNotices@healthcare.uiowa.edu | Jul 22 2021 21:39:00 | University of Iowa Healthcare, Patient Financial Services, 200 Hawkins Drive, Iowa City, IA 52242-1009 |

TOTAL: 46

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 802511329 | | The Bank of Missouri |
| 802511281 | *+ | CKS FInancial, PO Box 2856, Chesapeake, VA 23327-2856 |
| 802511302 | *+ | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Avenue, Suite 3, Mt Laurel, NJ 08054-1210 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

District/off: 0863-4 | User: auto | Page 4 of 4
Date Rcvd: Jul 22, 2021 | Form ID: 8OCNF13 | Total Noticed: 78

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin W Hopkins | on behalf of Creditor Freedom Mortgage Corporation rbennethum@petosalaw.com jmcvay@petosalaw.com |
| Bruce A Buckrop | on behalf of Debtor Alan Richard Sandberg bbankruptcy@gmail.com bvcourtemail@gmail.com;buckropbr50676@notify.bestcase.com |
| Carol F Dunbar, | ssteffen@iowachapter13.com mweber@iowachapter13.com;cdunbar13dm@ecf.epiqsystems.com;trusteeIASB1W@ecf.epiqsystems.com |
| Deanna R Bachman, | on behalf of Trustee Carol F Dunbar dbachman@iowachapter13.com |
| United States Trustee | USTPRegion12.DM.ECF@usdoj.gov |

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
110 E. Court Avenue, Suite 300
Des Moines, Iowa 50309−2044
www.iasb.uscourts.gov

In the Matter of:  Case No. 21−00635−lmj13
Alan Richard Sandberg

Debtor(s)

## ORDER CONFIRMING CHAPTER 13 PLAN

**It is hereby ORDERED that:**

(1) The pending plan is confirmed pursuant to 11 U.S.C. section 1325;

(2) Parties in interest shall govern themselves in accordance with 11 U.S.C section 1327, and

(3) Service of this Order on parties in interest and the United States Trustee shall satisfy Rule 2002(f)(7) and (k) of the Federal Rules of Bankruptcy Procedure.

Judge Lee M. Jackwig
United States Bankruptcy Judge

**Entered on Docket**
**7/22/21**

13