UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

IN RE:                                    )
     Alan R Sandberg                    )
                                          ) CASE NO 21-00635
                                          ) CHAPTER  13

## APPLICATION FOR COMPENSATION

    NOW COMES the undersigned attorney for the Debtor, and does hereby make application to the Court for attorney fees and costs for representing the Debtor, and in support thereof states as follows:

1. APPLICANT, Bruce Buckrop, was employed by Debtor with leave of this Court to represent Debtor in this case as his bankruptcy counsel. Applicant herby requests this Court to approve compensation and reimbursement of expenses pursuant to 11 U.S.C. Sections 329 and 330, as follows:

   (a) Total Fees Requested:                         $3,148.00
   (b) Total Expenses to be Reimbursed:                $799.35
   (c) Paid by client                                ($1,750.00)
   (d) Total to be paid though plan:                  $2,197.35

2. A detailed statement of time expended and charges for out-of-pocket expenses is set fourth and attached hereto.

3. That $1,750.00 has been paid to Applicant for the filling of this matter.

4. The source of any compensation previously paid to Applicant was from normal earnings and wages, unless otherwise declared on the Rule 2016 Disclosure Statement filed with this Court.

5. Applicant has not shared or agreed to share any compensation received in connection with this case with any other attorney of firm.

    WHEREFORE, the undersigned counsel for Debtor prays that this Court grant this application for compensation and issue an order directing the Trustee to make payment with plan proceeds for balance of $2,197.35.

                                  Bruce Buckrop

                                  By:/s/Bruce Buckrop

Buckrop & VanDeVelde, PC
114 19th Street
Rock Island, IL 61201
Phone (309) 788-2747

# Buckrop & VanDeVelde

114 19th Street
Rock Island, IL 61201

**INVOICE**

Invoice # 793
Date: 09/28/2021

Alan R Sandberg
3148 200th Street
Fort Madison, IA 52627

## 20-00181 Sandberg, Alan

## 13 IA - BAB

**Services**

| Date | Staff | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 08/27/2020 | BB | Bankruptcy consultation with procedures, exemptions, budget and notes to file. | 1.50 | $295.00 | $442.50 |
| 09/01/2020 | CN | prepared label, opened file, opened client matter in CLIO, prepared file, connected calendar event to client matter, prepared engagement letter, mailed & emailed engagement letter & CR form to Debtor(s) / connected email | 0.30 | $125.00 | $37.50 |
| 03/04/2021 | NN | Typing File: typed case, MT problem, gave to BAB to proof | 1.20 | $125.00 | $150.00 |
| 03/04/2021 | NN | sent email to Debtor requesting addl paystubs | 0.10 | $125.00 | $12.50 |
| 03/08/2021 | NN | rec'd paystubs, dates were blurry & could not read / sent email back to Debtor advising of this / Debtor resent / printed to review & gave to BAB to redo MT | 0.20 | $125.00 | $25.00 |
| 03/10/2021 | BB | Proof file, prepare means test with 6 months of data, draft letter to client RE means test. | 1.80 | $295.00 | $531.00 |
| 03/11/2021 | NN | BAB reviewed file, Debtor not eligible for Chapter 7, sent letter BAB drafted for Debtor to call to discuss Chapter 13 instead | 0.20 | $125.00 | $25.00 |
| 03/22/2021 | BB | Call from client to discuss eligibility and budget factors, | 1.70 | $295.00 | $501.50 |

|            |     |                                                                                                                                                   |      |          |          |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|----------|
|            |     | revise means test. Draft Plan                                                                                                                     |      |          |          |
| 04/01/2021 | NN  | prepared signing letter, mailed to Debtor w/DECAF                                                                                                 | 0.20 | $125.00  | $25.00   |
| 05/03/2021 | NN  | rec'd verification call from IHMVCU - advised retained, but not yet filed                                                                         | 0.10 | $125.00  | $12.50   |
| 05/04/2021 | NN  | prepared & filed case, emailed copy to Debtor w/case #, prepared auto stay & emailed to all attys on docs                                         | 0.70 | $125.00  | $87.50   |
| 05/04/2021 | BB  | Signing with client to review of documents and 13 procedures.                                                                                     | 1.00 | $295.00  | $295.00  |
| 05/05/2021 | NN  | Debtor sent text w/payroll dept info / prepared & sent 341 via fax                                                                                | 0.20 | $125.00  | $25.00   |
| 05/12/2021 | NN  | sent email of PLAN draft to MKV to update via BC / rec'd and printed for BAB to sign for filing                                                   | 0.10 | $125.00  | $12.50   |
| 05/12/2021 | NN  | rec'd email from IHMVCU on status of security (5/12) / advised, Debtor to keep security, will file plan on 17th                                   | 0.10 | $125.00  | $12.50   |
| 05/17/2021 | NN  | prepared & filed plan, mailed copy to Debtor & creditors (copying, folding, stuffing, sealing) 10 pages / 71 creditors                            | 0.80 | $125.00  | $100.00  |
| 05/17/2021 | NN  | printed 341 for file, prepared missing info letter, updated CLIO & calendar with all dates & case #, added tasks, uploaded docs to trustee, mailed letter to Debtor(s)<br><br>prepared & filed DEC | 0.40 | $125.00  | $50.00   |
| 05/19/2021 | CN  | copy to client / Freedom Mortgage packet                                                                                                          | 0.20 | $125.00  | $25.00   |
| 05/20/2021 | NN  | rec'd call from Pam @ Alliant CU stating that RV camper has been sold, needs to send our office an email w/deficiency from sale / advised to send to offc email | 0.20 | $125.00  | $25.00   |
| 05/20/2021 | MKV | Download letter from Alliant, email to client                                                                                                     | 0.10 | $125.00  | $12.50   |
| 06/15/2021 | NN  | prepared & mailed 341 reminder letter w/q's                                                                                                       | 0.20 | $125.00  | $25.00   |
| 06/15/2021 | NN  | sent Debtor email to send PDF of bank statements b/c mailed copy is not legible                                                                   | 0.10 | $125.00  | $12.50   |
| 06/16/2021 | NN  | rec'd docs, scanned & saved, uploaded to trustee                                                                                                  | 0.20 | $125.00  | $25.00   |
| 06/21/2021 | BB  | Telephonic 341                                                                                                                                    | 0.50 | $295.00  | $147.50  |
| 07/21/2021 | MKV | Check taxes for Child Tax Credit.                                                                                                                 | 0.10 | $125.00  | $12.50   |
| 08/06/2021 | NN  | rec'd file to review docs / prepared & mailed amend SOFA to Debtor, scanned & saved garnishment docs in electronic file                           | 0.30 | $125.00  | $37.50   |
| 08/16/2021 | NN  | rec'd call from Debtor on notice from mortgage                                                                                                    | 0.20 | $125.00  | $25.00   |

| Date | | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| | | company | | | |
| 08/17/2021 | MKV | Prepare invoice for Application for Compensation. | 0.50 | $125.00 | $62.50 |
| 09/09/2021 | NN | prepared & filed amend SOFA, updated fee app w/new info, gave to BAB to proof & review | 0.20 | $125.00 | $25.00 |
| 09/28/2021 | BB | Proof Application for Compensation | 0.40 | $295.00 | $118.00 |
| 09/28/2021 | MKV | Prepare Application, check fees and trust account. File Application and notice all parties. | 2.00 | $125.00 | $250.00 |
| | | | **Services Subtotal** | | **$3,148.00** |

**Expenses**

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 05/04/2021 | Filing Fee | 1.00 | $335.00 | $335.00 |
| Expense | 05/04/2021 | Certificates | 1.00 | $40.00 | $40.00 |
| Expense | 05/04/2021 | Credit Report | 1.00 | $37.00 | $37.00 |
| Expense | 05/17/2021 | Copy cost for Chapter 13 plan 10 pages X 71 creditors | 710.00 | $0.25 | $177.50 |
| Expense | 05/17/2021 | Postage for Chapter 13 Plan | 71.00 | $0.51 | $36.21 |
| Expense | 05/19/2021 | Postage cost / Freedom Mortgage packet | 1.00 | $1.60 | $1.60 |
| Expense | 09/28/2021 | Postage for Application for Compensation | 68.00 | $0.53 | $36.04 |
| Expense | 09/28/2021 | Copy Cost for Application for Compensation 68 Creditor X 8 pages | 544.00 | $0.25 | $136.00 |

|  |  |
|---|---|
| **Expenses Subtotal** | **$799.35** |
| **Subtotal** | **$3,947.35** |
| **Total** | **$3,947.35** |
| **Payment (09/28/2021)** | **-$1,750.00** |
| **Balance Owing** | **$2,197.35** |

# Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|

| 793 | 10/28/2021 | $3,947.35 | $1,750.00 | $2,197.35 |
| | | | **Outstanding Balance** | **$2,197.35** |
| | | | **Total Amount Outstanding** | **$2,197.35** |

### IA Trust

| Date | Type | Notes | Matter | Receipts | Payments | Balance |
|---|---|---|---|---|---|---|
| 02/25/2021 | Check | | 20-00181 Sandberg, Alan | | $1,750.00 | $1,750.00 |
| 09/28/2021 | | Payment for invoice #793 | 20-00181 Sandberg, Alan | $1,750.00 | | $0.00 |
| | | | **IA Trust Balance** | | **$0.00** | |

Payments maybe made online at: https://www.bvbankruptcy.com/current-clients/

Please pay within 30 days.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In Re: | ) | |
|     Alan R Sandberg | ) | Case No. 21-00635 |
| | ) | |
| | ) | Chapter 13 IA - BAB |
|     Debtor | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2021, I electronically filed Application for Compensation with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following by electronic mail:

- **Deanna R Bachman**   dbachman@iowachapter13.com
- **Carol F Dunbar**   ssteffen@iowachapter13.com, mweber@iowachapter13.com;cdunbar13dm@ecf.epiqsystems.com;trusteeIASB1W@ecf.epiqsystems.com
- **Benjamin W Hopkins**   jmcvay@petosalaw.com, jmcvay@petosalaw.com
- **United States Trustee**   USTPRegion12.DM.ECF@usdoj.gov

and I hereby certify that on September 28, 2021, I mailed such document(s) by first-class U.S. mail, postage prepaid, and properly addressed to the following:

Alan R Sandberg
3148 200th Street
Fort Madison, IA 52627

See Attached

Date: September 28, 2021                                By: /s/ Mary Kay VanDeVelde

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Aaron's Sales & Lease
Attn: Bankruptcy
PO Box 100039
Kennesaw, GA 30156

ADT Security Services
3190 S Vaughn Way
Aurora, CO 80014

Alliant Credit Union
1200 Associates Drive
Dubuque, IA 52002

Apelles
3700 Corporate Drive
Columbus, OH 43231

AT&T DirecTV
PO Box 105503
Atlanta, GA 30348

AT&T DirecTV
PO Box 5014
Carol Stream, IL 60197

Capital One
Attn: General Correspondence
PO Box 30285
Salt Lake City, UT 84130

CeruLean
PO Box 6812
Carol Stream, IL 60197

CKS Financial
PO Box 2856
Chesapeake, VA 23320

CKS FInancial
PO Box 2856
Chesapeake, VA 23327

CNAC
125 S Roosevelt Ave
Burlington, IA 52601

Community Health Center
407 Blondeau, Suite 1
Keokuk, IA 52632

Continental Finance
PO Box 8099
Newark, DE 19714

Continental Finance Company
Attn: Bankruptcy
PO Box 3220
Buffalo, NY 14240

Credit Acceptance
Attn: Bankruptcy
25505 West 12 Mile Road, Suite 3000
Southfield, MI 48034

Credit Collection Services
725 Canton Street
Norwood, MA 02062

Credit Collection Services
PO Box 710
Norwood, MA 02062

Credit One Bank
PO Box 60500
City Of Industry, CA 91716-0500

Credit One Bank
PO Box 98872
Las Vegas, NV 89193

Creditor Advocates, Inc.
1551 Southcross Drive W
Suite C
Burnsville, MN 55306

DirecTV
PO Box 105249
Atlanta, GA 30348

DirecTV
PO Box 6550
Englewood, CO 80155

DirecTV
PO Box 5007
Carol Stream, IL 60197

Dr. Amy Clem
508 S Roosevelt
Burlington, IA 52601

Financial Adjustment Bureau
PO Box 276
612 Jefferson Street
Burlington, IA 52601

Freedom Mortgage Corporation
Attn: Bankruptcy
907 Pleasant Valley Ave, Ste 3
Mt Laurel, NJ 08054

Freedom Mortgage Corporation
PO Box 50428
Indianapolis, IN 46250

Freedom Mortgage Corporation
Attn: Bankruptcy
907 Pleasant Valley Avenue, Suite 3
Mt Laurel, NJ 08054

Genesis FS Card Services
Attn: Bankruptcy
PO Box 4477
Beaverton, OR 97076

| | | |
|---|---|---|
| Great River Medical Center<br>1221 S Gear Avenue<br>PO Box 668<br>West Burlington, IA 52655 | Great River Medical Center<br>PO Box 540<br>West Burlington, IA 52655 | Great River Physicians & Clinics<br>PO Box 540<br>West Burlington, IA 52655 |
| Great River Physicians & Clinics<br>PO Box 650292<br>Dallas, TX 75265 | H&R Accounts<br>5320 22nd Avenue<br>Moline, IL 61265 | IH Mississippi Valley Credit Union<br>Attn: Bankruptcy Department<br>2500 River Drive<br>Moline, IL 61265 |
| Mediacom<br>3900 26th Avenue<br>Moline, IL 61265 | Mediacom<br>PO Box 5744<br>Carol Stream, IL 60197 | Midland Credit Management<br>Attn: Bankruptcy<br>PO Box 939069<br>San Diego, CA 92193 |
| Midland Credit Management<br>Attn: Bankruptcy<br>PO Box 301030<br>Los Angeles, CA 90030 | Midland Credit Management<br>Attn: Bankruptcy<br>PO Box 2121<br>Warren, MI 48090 | Midland Funding, LLC<br>320 East Big Beaver<br>Suite 300<br>Troy, MI 48083 |
| Midland Funding, LLC<br>Attn: Bankruptcy<br>350 Camino De La Reine, Suite 100<br>San Diego, CA 92108 | MRS Associates<br>1930 Olney Avenue<br>Cherry Hill, NJ 08003 | NCB Management Services<br>1 Allied Drive<br>Feasterville Trevose, PA 19053 |
| NCB Management Services<br>PO Box 1099<br>Langhorne, PA 19047 | OneMain Financial<br>Attn: Customer Care<br>6801 Colwell Blvd<br>Irving, TX 75039 | OneMain Financial<br>Attn: Customer Care<br>PO Box 1010<br>Evansville, IN 47706 |
| OneMain Financial<br>Attn: Customer Care<br>PO Box 3251<br>Evansville, IN 47731 | Petosa Law Firm<br>1350 NW 138th Street<br>Suite 100<br>Clive, IA 50325 | Rausch, Sturm, Israel, Enerson & Hornik<br>250 N Sunnyslope Road, Suite 300<br>Brookfield, WI 53005 |
| Republic Bank & Trust Co.<br>4030 Smith Road<br>Cincinnati, OH 45209 | Republic Bank & Trust Co.<br>PO Box 950276<br>Louisville, KY 40295 | RMP, LLC<br>PO Box 519<br>Sauk Rapids, MN 56379 |
| Sterling Jewelers, Inc.<br>Attn: Bankruptcy<br>PO Box 1799<br>Akron, OH 44309 | The Bank of Missouri<br>916 N Kings Hwy<br>Perryville, MO 63775 | The Family Credit Union<br>1600 John Deere Road<br>Silvis, IL 61282 |
| The Family Credit Union<br>1400 Rockingham Rd<br>Davenport, IA 52802 | Transworld Systems<br>500 Virginia Drive<br>Suite 514<br>Fort Washington, PA 19034 | University of Iowa Healthcare<br>Patient Financial Services<br>2100 University Capital Centre<br>Iowa City, IA 52242-5500 |

University of Iowa Healthcare
Patient Financial Services
PO Box 40200
Des Moines, IA 50940-2000

University of Iowa Healthcare
Patient Financial Services
200 Hawkins Drive
Iowa City, IA 52242

University of Iowa Healthcare
Patient Financial Services
PO Box 14551
Des Moines, IA 50306

US Bank
PO Box 790408
Saint Louis, MO 63179-0408

US Bank
PO Box 108
Saint Louis, MO 63166

US Bank
PO Box 5227
Cincinnati, OH 45201

US Bank
PO Box 6353
Fargo, ND 58125

Viking Client Services, LLC
PO Box 285
Chesapeake, VA 23327