United States Bankruptcy Court

Southern District of Iowa

In re:  Case No. 21-00635-lmj
Alan Richard Sandberg  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0863-4     User: auto     Page 1 of 2
Date Rcvd: May 03, 2022     Form ID: trc     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 802511299 | Email/Text: Bankruptcy@Freedommortgage.com | May 03 2022 21:51:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 05, 2022     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin W Hopkins | on behalf of Creditor Freedom Mortgage Corporation jmcvay@petosalaw.com jmcvay@petosalaw.com |
| Bruce A Buckrop | on behalf of Debtor Alan Richard Sandberg bbankruptcy@gmail.com bvcourtemail@gmail.com;buckropbr50676@notify.bestcase.com |
| Carol F Dunbar, | ssteffen@iowachapter13.com mweber@iowachapter13.com;cdunbar13dm@ecf.epiqsystems.com;trusteeIASB1W@ecf.epiqsystems.com |
| Deanna R Bachman, | on behalf of Trustee Carol F Dunbar dbachman@iowachapter13.com |
| Ryan C Holtgraves | on behalf of Creditor Freedom Mortgage Corporation jmcvay@petosalaw.com jmcvay@petosalaw.com |
| United States Trustee | USTPRegion12.DM.ECF@usdoj.gov |

District/off: 0863-4        User: auto        Page 2 of 2
Date Rcvd: May 03, 2022        Form ID: trc        Total Noticed: 1
TOTAL: 6

2100 B (12/15)

# United States Bankruptcy Court

Southern District of Iowa
Case No. 21-00635-lmj13
Chapter 13

In re: Debtor(s) (including Name and Address)

Alan Richard Sandberg
3148 200th Street
Fort Madison IA 52627

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/03/2022.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 16: Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 | Rushmore Loan Management Services<br>P.O. Box 55004<br>Irvine, CA 92619-2708 |

**-- DEADLINE TO OBJECT TO TRANSFER --**

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   05/05/22

Megan Weiss
**CLERK OF THE COURT**