UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>ALAN RICHARD SANDBERG,<br><br>Debtor. | CHAPTER 13<br>BANKRUPTCY NO. 21-00635-lmj13<br><br>WITHDRAWAL OF TRUSTEE'S<br>MOTION TO DISMISS CASE |

COMES NOW the Chapter 13 Trustee and withdraws her Motion to Dismiss this case, filed June 15, 2022 at docket #31, and further states:

1. The Motion to Dismiss this case was filed for failure to turnover 2021 tax refunds.

2. Trustee has now received the requested refunds.

WHEREFORE, the trustee withdraws her Motion to Dismiss this case and requests that the hearing scheduled for August 3, 2022 be removed from the Court's calendar.

/s/ Carol F. Dunbar
Carol F. Dunbar, #AT0002211
Chapter 13 Trustee
505 5th Avenue, Ste 406
Des Moines, IA 50309
Telephone (515) 283-2713

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon the following persons at the address indicated:

| | | |
|---|---|---|
| United States Trustee<br>210 Walnut Street, Room 793<br>Des Moines, IA 50309 | Bruce A. Buckrop<br>Attorney at Law<br>114 19th Street<br>Rock Island, IL 61201 | Alan Sandberg<br>3148 200th Street<br>Fort Madison, IA 52627 |

by electronic mail through the Court's CM/ECF system, or by enclosing the same in an envelope with postage fully paid, and by depositing said envelope in a United States Postal Service depository. I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 29, 2022.                     /s/ Michelle Weber