# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re: | ) |
| | ) |
| Alan Richard Sandberg, *Debtor* | ) Case No. 21-00635-lmj13 |
| | ) |
| | ) Chapter: 13 |
| | ) |

## ENTRY OF APPEARANCE AND REQUEST FOR DOCUMENTS

COMES NOW the undersigned attorney of SouthLaw, P.C., and hereby enter their appearance on behalf of U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V, by Rushmore Loan Management Services, LLC, a creditor of the above-captioned Debtor. Pursuant to the Bankruptcy Rules, all pleadings, notices and documents which are required or requested to be served upon said creditor should be served on the undersigned attorney, SouthLaw, P.C., 13160 Foster Street, Suite 100, Overland Park, KS 66213-2660.

SOUTHLAW, P.C.

*/s/ Wendee Elliott-Clement*

Wendee Elliott-Clement, AT0011311
13160 Foster Street, Suite 100
Overland Park, KS 66213-2660
(913) 663-7600
(913) 663-7899 Fax
iabksdecf@southlaw.com
**ATTORNEYS FOR CREDITOR**

File No. 234199
Case No: 21-00635-lmj13

## CERTIFICATE OF MAILING/SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was filed electronically on this July 26, 2022 with the United States Bankruptcy Court for the Southern District of Iowa, and shall be served on the parties in interest via email by the Court pursuant to CM/ECF as set out on the Notice of Electronic Filing as issued by the Court and shall be served by U.S. Mail, First Class, postage prepaid, on those parties directed by the Court on the Notice of Electronic Filing issued by the Court and as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court.

Alan Richard Sandberg
3148 200th St
Fort Madison, IA 52627
**DEBTOR**

Bruce A Buckrop
114 19th Street
Rock Island, IL 61201
**ATTORNEY FOR DEBTOR**

Carol F. Dunbar
2616 Orchard Drive, Ste B
Cedar Falls, IA  50613
**TRUSTEE**

Deanna R. Bachman
505 5th Ave, Ste 406
Des Moines, IA 50309
**COUNSEL FOR TRUSTEE**

Office of the United States Trustee
Room 793 Federal Bldg.
210 Walnut Street
Des Moines, IA  50309
**U.S. TRUSTEE**

SOUTHLAW, P.C.

/s/ Wendee Elliott-Clement
Wendee Elliott-Clement, AT0011311
13160 Foster Street, Suite 100
Overland Park, KS 66213-2660
(913) 663-7600
(913) 663-7899 Fax
iabksdecf@southlaw.com
**ATTORNEYS FOR CREDITOR**

File No. 234199
Case No: 21-00635-lmj13