UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

IN RE:  )
    Alan Richard Sandberg  )
  )  Case No.     21-00635
    Debtor  )  Chapter       13

## OBJECTION TO MOTION FOR RELIEF FROM AUTOMATIC STAY

Now comes Debtor, Alan Richard Sandberg, by attorney, Bruce A. Buckrop and objects to Motion for Relief from Automatic Stay and denies that creditor is entitled to have stay lifted and denies that Debtor is $9,775.02 behind in post-petition payments.

1. Debtor admits to paragraph one.

2. Debtor admits to paragraph two.

3. Debtor admits to paragraph three.

4. Debtor admits to paragraph four.

5. Debtor admits to paragraph five.

6. Debtor admits to paragraph six.

7. Debtor admits to paragraph seven.

8. Debtor neither admits nor denies paragraph eight.

9. Debtor admits to paragraph nine.

10. Debtor neither admits nor denies paragraph ten.

11. Debtor admits to paragraph eleven.

12. Debtor denies paragraph twelve.

13. Debtor denies paragraph thirteen.

14. Debtor denies paragraph fourteen.

15. Debtor denies paragraph fifteen.

16. Debtor denies paragraph sixteen.

17. Debtor denies paragraph seventeen.

Debtor prays that the Motion for Relief from Automatic Stay be denied.

Alan Richard Sandberg, Debtor

By: /s/ Bruce A. Buckrop
Bruce A. Buckrop
Buckrop & VanDeVelde, P.C.
114 19th Street
Rock Island, IL 61201
P: (309) 788-2747
F: (309) 283-3601

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| In Re: | ) | | |
|---|---|---|---|
| Alan Richard Sandberg | ) | Case No. | 21-0635 |
| | ) | Chapter | 13 |
| Debtor | ) | | |

### CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2022 I electronically filed Objection to Motion for Relief from Automatic Stay with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following by electronic mail:

US Trustee
USTPRegion12.DM.ECF@usdoj.gov

Carol F. Dunbar
ssteffen@iowachapter13.com
mweber@iowachapter13.com
dbachman@iowachapter13.com
cdunbar13dm@ecf.epiqsystems.com
trusteeIASB1W@ecf.epiqsystems.com

Wendee N. Elliott-Clement
iabksdecf@southlaw.com
ksbkecf@ecf.courtdrive.com

Ryan C. Holtgraves
jmcvay@petosalaw.com

Benjamin W Hopkins
jmcvay@petosalaw.com

I hereby certify that on August 31, 2022, I mailed such documents by first-class U.S. mail, postage prepaid, and properly addressed to the following:

Alan Sandberg
3148 200th Street
Fort Madison, IA 52627

Date: August 31, 2022                                       /s/ Nancy Nouchanthavong