UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

IN RE:                                    )
    Alan Richard Sandberg          )          Case No.       21-00635
                                   )          Chapter        13
    Debtor                         )

## MOTION TO MODIFY PLAN AFTER CONFIRMATION

Now comes the Debtor, Alan Richard Sandberg, by his attorney Bruce A.

Buckrop and hereby motions this Honorable Court to Modify his plan after confirmation

and in support thereof states as follows:

1) Debtor is having knee replacement surgery and will not be able to work for 3

    months.

Debtor moves to modify as follows:

1) Debtor wishes to suspend their payments for October, November &

    December.

2) Payments to resume January 2023.

3) Plan term to stay the same.

4) Payment to remain the same.

WHEREFORE, Debtor prays the Motion to Modify Plan After Confirmation is

granted.

    Alan Richard Sandberg, Debtor

    BY: /s/ Bruce A. Buckrop
    Bruce A. Buckrop, Attorney for Debtor

Bruce A. Buckrop
Buckrop & VanDeVelde, P.C.
114 19th Street
Rock Island, IL 61201
P: (309) 788-2747
F: (309) 283-3601

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

IN RE:                                    )
        Alan Richard Sandberg             )        Case No.    21-00635
                                          )        Chapter     13
                Debtor                    )

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 17, 2022 I electronically filed Motion to Modify Plan After Confirmation with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following by electronic mail:

US Trustee
USTPRegion12.DM.ECF@usdoj.gov

Carol F. Dunbar
ssteffen@iowachapter13.com
mweber@iowachapter13.com
dbachman@iowachapter13.com
cdunbar13dm@ecf.epiqsystems.com
trusteeIASB1W@ecf.epiqsystems.com

I hereby certify that on October 17, 2022, I mailed such documents by first-class U.S. mail, postage prepaid, and properly addressed to the following:

Alan Sandberg
3148 200th Street
Fort Madison, IA 52627

See Attached

Date: <u>October 17, 2022</u>                          /s/ Nancy Nouchanthavong

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Aaron's Sales & Lease
Attn: Bankruptcy
PO Box 100039
Kennesaw, GA 30156

ADT Security Services
3190 S Vaughn Way
Aurora, CO 80014

Alliant Credit Union
1200 Associates Drive
Dubuque, IA 52002

Apelles
3700 Corporate Drive
Columbus, OH 43231

AT&T DirecTV
PO Box 105503
Atlanta, GA 30348

AT&T DirecTV
PO Box 5014
Carol Stream, IL 60197

Capital One
Attn: General Correspondence
PO Box 30285
Salt Lake City, UT 84130

CeruLean
PO Box 6812
Carol Stream, IL 60197

CKS Financial
PO Box 2856
Chesapeake, VA 23320

CKS FInancial
PO Box 2856
Chesapeake, VA 23327

CNAC
125 S Roosevelt Ave
Burlington, IA 52601

Community Health Center
407 Blondeau, Suite 1
Keokuk, IA 52632

Continental Finance
PO Box 8099
Newark, DE 19714

Continental Finance Company
Attn: Bankruptcy
PO Box 3220
Buffalo, NY 14240

Credit Acceptance
Attn: Bankruptcy
25505 West 12 Mile Road, Suite 3000
Southfield, MI 48034

Credit Collection Services
725 Canton Street
Norwood, MA 02062

Credit Collection Services
PO Box 710
Norwood, MA 02062

Credit One Bank
PO Box 60500
City Of Industry, CA 91716-0500

Credit One Bank
PO Box 98872
Las Vegas, NV 89193

Creditor Advocates, Inc.
1551 Southcross Drive W
Suite C
Burnsville, MN 55306

DirecTV
PO Box 105249
Atlanta, GA 30348

DirecTV
PO Box 6550
Englewood, CO 80155

DirecTV
PO Box 5007
Carol Stream, IL 60197

Dr. Amy Clem
508 S Roosevelt
Burlington, IA 52601

Financial Adjustment Bureau
PO Box 276
612 Jefferson Street
Burlington, IA 52601

Freedom Mortgage Corporation
PO Box 50428
Indianapolis, IN 46250

Freedom Mortgage Corporation
Attn: Bankruptcy
907 Pleasant Valley Avenue, Suite 3
Mt Laurel, NJ 08054

Genesis FS Card Services
Attn: Bankruptcy
PO Box 4477
Beaverton, OR 97076

Great River Medical Center
1221 S Gear Avenue
PO Box 668
West Burlington, IA 52655

Great River Medical Center
PO Box 540
West Burlington, IA 52655

Great River Physicians & Clinics
PO Box 540
West Burlington, IA 52655

Great River Physicians & Clinics
PO Box 650292
Dallas, TX 75265

H&R Accounts
5320 22nd Avenue
Moline, IL 61265

IH Mississippi Valley Credit Union
Attn: Bankruptcy Department
2500 River Drive
Moline, IL 61265

Mediacom
3900 26th Avenue
Moline, IL 61265

Mediacom
PO Box 5744
Carol Stream, IL 60197

Midland Credit Management
Attn: Bankruptcy
PO Box 939069
San Diego, CA 92193

Midland Credit Management
Attn: Bankruptcy
PO Box 301030
Los Angeles, CA 90030

Midland Credit Management
Attn: Bankruptcy
PO Box 2121
Warren, MI 48090

Midland Funding, LLC
320 East Big Beaver
Suite 300
Troy, MI 48083

Midland Funding, LLC
Attn: Bankruptcy
350 Camino De La Reine, Suite 100
San Diego, CA 92108

MRS Associates
1930 Olney Avenue
Cherry Hill, NJ 08003

NCB Management Services
1 Allied Drive
Feasterville Trevose, PA 19053

NCB Management Services
PO Box 1099
Langhorne, PA 19047

OneMain Financial
Attn: Customer Care
6801 Colwell Blvd
Irving, TX 75039

OneMain Financial
Attn: Customer Care
PO Box 1010
Evansville, IN 47706

OneMain Financial
Attn: Customer Care
PO Box 3251
Evansville, IN 47731

Petosa Law Firm
1350 NW 138th Street
Suite 100
Clive, IA 50325

Rausch, Sturm, Israel, Enerson & Hornik
250 N Sunnyslope Road, Suite 300
Brookfield, WI 53005

Republic Bank & Trust Co.
4030 Smith Road
Cincinnati, OH 45209

Republic Bank & Trust Co.
PO Box 950276
Louisville, KY 40295

RMP, LLC
PO Box 519
Sauk Rapids, MN 56379

Rushmore Loan Management Services
Attn: Bankruptcy
PO Box 55004
Irvine, CA 92619

Rushmore Loan Management Services
PO Box 52708
Irvine, CA 92619

Sterling Jewelers, Inc.
Attn: Bankruptcy
PO Box 1799
Akron, OH 44309

The Bank of Missouri
916 N Kings Hwy
Perryville, MO 63775

The Family Credit Union
1600 John Deere Road
Silvis, IL 61282

The Family Credit Union
1400 Rockingham Rd
Davenport, IA 52802

Transworld Systems
500 Virginia Drive
Suite 514
Fort Washington, PA 19034

University of Iowa Healthcare
Patient Financial Services
2100 University Capital Centre
Iowa City, IA 52242-5500

University of Iowa Healthcare
Patient Financial Services
PO Box 40200
Des Moines, IA 50940-2000

University of Iowa Healthcare
Patient Financial Services
200 Hawkins Drive
Iowa City, IA 52242

University of Iowa Healthcare
Patient Financial Services
PO Box 14551
Des Moines, IA 50306

US Bank
PO Box 790408
Saint Louis, MO 63179-0408

US Bank
PO Box 108
Saint Louis, MO 63166

US Bank
PO Box 5227
Cincinnati, OH 45201

US Bank
PO Box 6353
Fargo, ND 58125