United States Bankruptcy Court

Southern District of Iowa

In re:  Case No. 21-00635-lmj
Alan Richard Sandberg  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0863-4     User: CraigCeyn     Page 1 of 5
Date Rcvd: Oct 17, 2022     Form ID: NTCBDBK     Total Noticed: 79

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alan Richard Sandberg, 3148 200th Street, Fort Madison, IA 52627-9787 |
| 802511283 | #+ | Community Health Center, 407 Blondeau, Suite 1, Keokuk, IA 52632-5657 |
| 802511285 | + | Continental Finance, PO Box 9203, Old Bethpage, NY 11804-9003 |
| 802511293 | + | Creditor Advocates, Inc., 14551 Judicial Road, Suite 10, Burnsville, MN 55306-4841 |
| 802511297 | | Dr. Amy Clem, 508 S Roosevelt, Burlington, IA 52601 |
| 802514011 | + | FINANCIAL ADJUSTMENT BUREAU, INC., 612 JEFFERSON, BURLINGTON, IA 52601-5428 |
| 802511298 | + | Financial Adjustment Bureau, PO Box 276, 612 Jefferson Street, Burlington, IA 52601-5428 |
| 802511305 | #+ | Great River Medical Center, PO Box 540, West Burlington, IA 52655-0540 |
| 802511306 | + | Great River Physicians & Clinics, PO Box 540, West Burlington, IA 52655-0540 |
| 802511307 | + | Great River Physicians & Clinics, PO Box 650292, Dallas, TX 75265-0292 |
| 802511309 | + | IH Mississippi Valley Credit Union, Attn: Bankruptcy Department, 2500 River Drive, Moline, IL 61265-1670 |
| 802511326 | + | RMP, LLC, PO Box 519, Sauk Rapids, MN 56379-0519 |
| 802511323 | + | Rausch, Sturm, Israel, Enerson & Hornik, 250 N Sunnyslope Road, Suite 300, Brookfield, WI 53005-4800 |
| 802511331 | + | The Family Credit Union, 1400 Rockingham Rd, Davenport, IA 52802-1287 |
| 802511330 | + | The Family Credit Union, 1600 John Deere Road, Silvis, IL 61282-1946 |
| 802513552 | + | University of Iowa Health Care, 3281 Ridgeway Drive Suite 300, Coralville, IA 52241-2026 |
| 802511334 | | University of Iowa Healthcare, Patient Financial Services, PO Box 40200, Des Moines, IA 50940-2000 |
| 802511341 | + | Vehicle Acceptance Corporation, PO Box 191607, Dallas, TX 75219-8503 |
| 802511342 | | Viking Client Services, LLC, PO Box 285, Chesapeake, VA 23327 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: cbp@onemainfinancial.com | Oct 17 2022 22:21:45 | OneMain, P.O.Box 3251, Evansville, In 47731-3251 |
| 802511273 | + | Email/Text: amscbankruptcy@adt.com | Oct 17 2022 22:17:00 | ADT Security Services, 3190 S Vaughn Way, Aurora, CO 80014-3541 |
| 802511276 | + | Email/Text: G06041@att.com | Oct 17 2022 22:17:00 | AT&T DirecTV, PO Box 105503, Atlanta, GA 30348-5503 |
| 802511277 | + | Email/Text: G06041@att.com | Oct 17 2022 22:17:00 | AT&T DirecTV, PO Box 5014, Carol Stream, IL 60197-5014 |
| 802511272 | + | Email/Text: bankruptcynotices@aarons.com | Oct 17 2022 22:17:00 | Aaron's Sales & Lease, Attn: Bankruptcy, PO Box 100039, Kennesaw, GA 30156-9239 |
| 802511274 | + | Email/Text: alehmann@alliantcu.com | Oct 17 2022 22:17:00 | Alliant Credit Union, 1200 Associates Drive, Dubuque, IA 52002-2283 |
| 802511275 | + | Email/Text: documents@apellesnow.com | Oct 17 2022 22:17:00 | Apelles, 3700 Corporate Drive, Columbus, OH 43231-4984 |
| 802511280 | + | Email/Text: Webcollex@ebn.phinsolutions.com | Oct 17 2022 22:17:00 | CKS Financial, PO Box 2856, Chesapeake, VA |

| Recipient ID | Delivery Method | Date/Time | Address |
|---|---|---|---|
| | | | 23327-2856 |
| 802511282 | + Email/Text: jking4@jdbyrider.com | Oct 17 2022 22:17:00 | CNAC, 125 S Roosevelt Ave, Burlington, IA 52601-1759 |
| 802511279 | Email/Text: cfcbackoffice@contfinco.com | Oct 17 2022 22:17:00 | CeruLean, PO Box 6812, Carol Stream, IL 60197 |
| 802511284 | Email/Text: cfcbackoffice@contfinco.com | Oct 17 2022 22:17:00 | Continental Finance, PO Box 8099, Newark, DE 19714 |
| 802511286 | Email/Text: cfcbackoffice@contfinco.com | Oct 17 2022 22:17:00 | Continental Finance Company, Attn: Bankruptcy, PO Box 3220, Buffalo, NY 14240 |
| 802511278 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 17 2022 22:21:50 | Capital One, Attn: General Correspondence, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 802513410 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 17 2022 22:21:47 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 802511287 | + Email/Text: ebnnotifications@creditacceptance.com | Oct 17 2022 22:17:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 802511289 | + Email/Text: bankruptcy_notifications@ccsusa.com | Oct 17 2022 22:17:00 | Credit Collection Services, PO Box 710, Norwood, MA 02062-0710 |
| 802511288 | + Email/Text: bankruptcy_notifications@ccsusa.com | Oct 17 2022 22:17:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 802511290 | Email/PDF: creditonebknotifications@resurgent.com | Oct 17 2022 22:21:45 | Credit One Bank, PO Box 60500, City Of Industry, CA 91716-0500 |
| 802511291 | + Email/PDF: creditonebknotifications@resurgent.com | Oct 17 2022 22:21:48 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 802511292 | + Email/Text: lisamoore@creditoradvocates.com | Oct 17 2022 22:17:00 | Creditor Advocates, Inc., 1551 Southcross Drive W, Suite C, Burnsville, MN 55306-6938 |
| 802511295 | Email/Text: G06041@att.com | Oct 17 2022 22:17:00 | DirecTV, PO Box 6550, Englewood, CO 80155 |
| 802511296 | + Email/Text: G06041@att.com | Oct 17 2022 22:17:00 | DirecTV, PO Box 5007, Carol Stream, IL 60197-5007 |
| 802511294 | + Email/Text: G06041@att.com | Oct 17 2022 22:17:00 | DirecTV, PO Box 105249, Atlanta, GA 30348-5249 |
| 802511301 | + Email/Text: Bankruptcy@Freedommortgage.com | Oct 17 2022 22:17:00 | Freedom Mortgage Corporation, PO Box 50428, Indianapolis, IN 46250-0401 |
| 802511300 | + Email/Text: Bankruptcy@Freedommortgage.com | Oct 17 2022 22:17:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 802511299 | Email/Text: Bankruptcy@Freedommortgage.com | Oct 17 2022 22:17:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 802512941 | + Email/Text: bankruptcy@avadynehealth.com | Oct 17 2022 22:17:00 | GREAT RIVER MEDICAL CENTER, C/O H AND R ACCOUNTS, PO BOX 672, MOLINE, IL 61266-0672 |
| 802511303 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 17 2022 22:17:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 802511304 | + Email/Text: kgarcia@grhs.net | Oct 17 2022 22:17:00 | Great River Medical Center, 1221 S Gear Avenue, PO Box 668, West Burlington, IA 52655-0668 |
| 802511308 | Email/Text: bankruptcy@avadynehealth.com | Oct 17 2022 22:17:00 | H&R Accounts, 5320 22nd Avenue, Moline, IL 61265 |
| 802511271 | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 17 2022 22:17:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 802514006 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 17 2022 22:21:48 | LVNV Funding, LLC, Resurgent Capital Services, |

Case 21-00635-lmj13    Doc 43    Filed 10/19/22    Entered 10/19/22 23:09:32    Desc
Imaged Certificate of Notice    Page 3 of 6

| District/off: 0863-4 | User: CraigCeyn | Page 3 of 5 |
| --- | --- | --- |
| Date Rcvd: Oct 17, 2022 | Form ID: NTCBDBK | Total Noticed: 79 |

| | | | |
| --- | --- | --- | --- |
| 802511310 | Email/Text: Documentfiling@LCIinc.com | | PO Box 10587, Greenville, SC 29603-0587 |
| 802511311 | Email/Text: Documentfiling@LCIinc.com | Oct 17 2022 22:17:00 | Mediacom, 3900 26th Avenue, Moline, IL 61265 |
| 802511317 | ^ MEBN | Oct 17 2022 22:17:00 | Mediacom, PO Box 5744, Carol Stream, IL 60197 |
| 802511314 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 17 2022 22:13:01 | MRS Associates, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 802511312 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 17 2022 22:17:00 | Midland Credit Management, Attn: Bankruptcy, PO Box 2121, Warren, MI 48090-2121 |
| 802511313 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 17 2022 22:17:00 | Midland Credit Management, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 802518532 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 17 2022 22:17:00 | Midland Credit Management, Attn: Bankruptcy, PO Box 301030, Los Angeles, CA 90030-1030 |
| 802511315 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 17 2022 22:17:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 802511316 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 17 2022 22:17:00 | Midland Funding, LLC, 320 East Big Beaver, Suite 300, Troy, MI 48083-1271 |
| 802511319 | ^ MEBN | Oct 17 2022 22:17:00 | Midland Funding, LLC, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 802511318 | ^ MEBN | Oct 17 2022 22:13:00 | NCB Management Services, PO Box 1099, Langhorne, PA 19047-6099 |
| 802511321 | + Email/PDF: cbp@onemainfinancial.com | Oct 17 2022 22:13:00 | NCB Management Services, 1 Allied Drive, Feasterville Trevose, PA 19053-6945 |
| 802511322 | + Email/PDF: cbp@onemainfinancial.com | Oct 17 2022 22:21:45 | OneMain Financial, Attn: Customer Care, PO Box 1010, Evansville, IN 47706-1010 |
| 802511320 | + Email/PDF: cbp@onemainfinancial.com | Oct 17 2022 22:21:48 | OneMain Financial, Attn: Customer Care, PO Box 3251, Evansville, IN 47731-3251 |
| 802514784 | Email/Text: bnc-quantum@quantum3group.com | Oct 17 2022 22:21:45 | OneMain Financial, Attn: Customer Care, 6801 Colwell Blvd, Irving, TX 75039-3198 |
| 802511325 | + Email/Text: bankruptcy@republicbank.com | Oct 17 2022 22:17:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 802511324 | + Email/Text: bankruptcy@republicbank.com | Oct 17 2022 22:17:00 | Republic Bank & Trust Co., PO Box 950276, Louisville, KY 40295-0276 |
| 802552787 | + Email/Text: bkenotice@rushmorelm.com | Oct 17 2022 22:17:00 | Republic Bank & Trust Co., 4030 Smith Road, Cincinnati, OH 45209-1937 |
| 802511327 | ^ MEBN | Oct 17 2022 22:17:00 | Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 802511328 | + Email/Text: jcissell@bankofmissouri.com | Oct 17 2022 22:12:59 | Sterling Jewelers, Inc., Attn: Bankruptcy, PO Box 1799, Akron, OH 44309-1799 |
| 802511332 | + Email/Text: bankruptcydepartment@tsico.com | Oct 17 2022 22:17:00 | The Bank of Missouri, 916 N Kings Hwy, Perryville, MO 63775-1204 |
| 802511338 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 17 2022 22:17:00 | Transworld Systems, 500 Virginia Drive, Suite 514, Fort Washington, PA 19034-2733 |
| 802511339 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 17 2022 22:17:00 | US Bank, PO Box 108, Saint Louis, MO 63166 |
| 802511340 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 17 2022 22:17:00 | US Bank, PO Box 5227, Cincinnati, OH 45201 |
| 802511337 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 17 2022 22:17:00 | US Bank, PO Box 6353, Fargo, ND 58125 |
| 802511333 | Email/Text: BankruptcyNotices@healthcare.uiowa.edu | Oct 17 2022 22:17:00 | US Bank, PO Box 790408, Saint Louis, MO 63179-0408 |
| | | Oct 17 2022 22:17:00 | University of Iowa Healthcare, Patient Financial |

Case 21-00635-lmj13　Doc 43　Filed 10/19/22　Entered 10/19/22 23:09:32　Desc
Imaged Certificate of Notice　Page 4 of 6

| District/off: 0863-4 | User: CraigCeyn | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Oct 17, 2022 | Form ID: NTCBDBK | Total Noticed: 79 |

| 802511336 | + Email/Text: BankruptcyNotices@healthcare.uiowa.edu | Oct 17 2022 22:17:00 | Services, 2100 University Capital Centre, Iowa City, IA 52242-5500 |
| --- | --- | --- | --- |
| | | | University of Iowa Healthcare, Patient Financial Services, PO Box 14551, Des Moines, IA 50306-3551 |
| 802511335 | + Email/Text: BankruptcyNotices@healthcare.uiowa.edu | Oct 17 2022 22:17:00 | University of Iowa Healthcare, Patient Financial Services, 200 Hawkins Drive, Iowa City, IA 52242-1009 |

TOTAL: 60

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | U.S. BANK NATIONAL ASSOCIATION |
| 802511329 | | The Bank of Missouri |
| 802511281 | *+ | CKS FInancial, PO Box 2856, Chesapeake, VA 23327-2856 |
| 802526922 | *+ | FINANCIAL ADJUSTMENT BUREAU INC., 612 JEFFERSON, BURLINGTON, IA 52601-5428 |
| 802511302 | *+ | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Avenue, Suite 3, Mt Laurel, NJ 08054-1210 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 19, 2022　　　　　　Signature:　　/s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Benjamin W Hopkins | on behalf of Creditor Freedom Mortgage Corporation jmcvay@petosalaw.com jmcvay@petosalaw.com |
| Bruce A Buckrop | on behalf of Debtor Alan Richard Sandberg bbankruptcy@gmail.com bvcourtemail@gmail.com;buckropbr50676@notify.bestcase.com |
| Carol F Dunbar, | ssteffen@iowachapter13.com mweber@iowachapter13.com;cdunbar13dm@ecf.epiqsystems.com;trusteeIASB1W@ecf.epiqsystems.com |
| Deanna R Bachman, | on behalf of Trustee Carol F Dunbar dbachman@iowachapter13.com |
| Ryan C Holtgraves | on behalf of Creditor Freedom Mortgage Corporation jmcvay@petosalaw.com jmcvay@petosalaw.com |
| United States Trustee | USTPRegion12.DM.ECF@usdoj.gov |
| Wendee N Elliott-Clement | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V, by Rushmore Loan Management Services, LLC iabksdecf@southlaw.com, ksbkecf@ecf.courtdrive.com |

District/off: 0863-4 User: CraigCeyn Page 5 of 5
Date Rcvd: Oct 17, 2022 Form ID: NTCBDBK Total Noticed: 79

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA**

110 E. Court Avenue, Suite 300
Des Moines, Iowa 50309−2044
www.iasb.uscourts.gov

In the Matter of:                       Case No. 21−00635−lmj13

Alan Richard Sandberg

Debtor(s)

## ORDER AND NOTICE OF BAR DATE

The following docket text and Notice of Bar Date result from the indicated document(s) filed in the above captioned case:

**Notice of Bar Date for Objections (related document(s) #[41] Motion to Modify Plan After Confirmation Modifies Plan Filed 05/17/2021 (related document(s)[13] Chapter 13 Plan filed by Alan Richard Sandberg). Filed by Bruce A Buckrop on behalf of Alan Richard Sandberg). Objections Due By 11/07/2022. (accc)**

**NOTICE IS GIVEN that** objections to the above referenced matter must be filed by the date referenced in the above docket text. Objections, if any, shall be filed with the Clerk, U.S. Bankruptcy Court. Said objections must include proof of service on all appropriate parties as required by the Federal Rules of Bankruptcy Procedure.

**NOTICE IS FURTHER GIVEN that** only timely and substantive objections will be set for hearing by separate notice. Otherwise an appropriate order will be entered without further notice and hearing.

**IT IS THEREFORE ORDERED that** this notice supersedes any other bar date notice the filer may have served for this matter and all parties receiving this notice shall govern themselves accordingly.

**IT IS FURTHER ORDERED that** a party who has not already received the document(s) indicated above may request such document(s) from the filer (if review of the content is absolutely necessary in determining whether to file an objection to the above referenced matter) and the filer shall comply promptly with such request.

Judge Lee M. Jackwig
United States Bankruptcy Judge