UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

IN RE:                           )
    Alan R Sandberg                  )
                                     ) CASE NO 21-00635
                                     ) CHAPTER 13

## APPLICATION FOR COMPENSATION

    NOW COMES the undersigned attorney for the Debtor, and does hereby make application to the Court for attorney fees and costs for representing the Debtor, and in support thereof states as follows:

1. APPLICANT, Bruce Buckrop, was employed by Debtor with leave of this Court to represent Debtor in this case as his bankruptcy counsel. Applicant herby requests this Court to approve compensation and reimbursement of expenses pursuant to 11 U.S.C. Sections 329 and 330, as follows:

| | |
|---|---|
| (a) Total Fees Requested: | $1,588.50 |
| (b) Total Expenses to be Reimbursed: | $211.70 |
| (c) Paid by client | ($00.00) |
| (d) Total to be paid though plan: | $1,800.20 |

2. A detailed statement of time expended and charges for out-of-pocket expenses is set fourth and attached hereto.

3. This is second filing of Application for Compensation in this case. All expenses and fees have accrued since the filing of the first application.

4. The source of any compensation previously paid to Applicant was from normal earnings and wages, unless otherwise declared on the Rule 2016 Disclosure Statement filed with this Court.

5. Applicant has not shared or agreed to share any compensation received in connection with this case with any other attorney of firm.

    WHEREFORE, the undersigned counsel for Debtor prays that this Court grant this application for compensation and issue an order directing the Trustee to make payment with plan proceeds for balance of $1,800.20.

                                                     Bruce Buckrop

                                                   By:/s/Bruce Buckrop

Buckrop & VanDeVelde, PC
114 19th Street
Rock Island, IL 61201
Phone (309) 788-2747

# Buckrop & VanDeVelde

114 19th Street
Rock Island, IL 61201

**INVOICE**

Invoice # 1203
Date: 01/11/2023

Alan R Sandberg
3148 200th Street
Fort Madison, IA 52627

## 20-00181 Sandberg, Alan

## 13 IA - BAB

### Services

| Date | Staff | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 11/09/2021 | MKV | Bookkeeping enter of Order on Application | 0.10 | $125.00 | $12.50 |
| 11/10/2021 | MKV | Notice of Mortgage Payment Change - Review, escrow. | 0.10 | $125.00 | $12.50 |
| 12/29/2021 | MKV | Email to client on Post Petition Fees | 0.10 | $125.00 | $12.50 |
| 04/27/2022 | NN | copy to client | 0.20 | $125.00 | $25.00 |
| 04/28/2022 | NN | received notice from trustee's office regarding 2021 taxes, sent text to Debtor advising to submit directly to me & provided email address | 0.10 | $125.00 | $12.50 |
| 05/18/2022 | NN | received transfer of claim notice / added address to BC | 0.10 | $125.00 | $12.50 |
| 05/19/2022 | NN | rec'd email from BAB on case, need 2021 taxes or MTD's will be filed, fwd email to Debtor | 0.10 | $125.00 | $12.50 |
| 05/26/2022 | NN | received taxes in mail & check made payable to our office / sent text advising that Debtor needs to mail payment to trustee, provided address & info, advised check is for total refunds minus what he owes to IRS or State / provided the amount | 0.20 | $125.00 | $25.00 |
| 05/26/2022 | NN | called bookkeeper's office stated receipt is with Debtor, sent text advising of this conversation | 0.30 | $125.00 | $37.50 |

Page 1 of 4

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | advised to send me receipt ASAP |  |  |  |
|  |  | scanned & saved taxes, uploaded to trustee |  |  |  |
| 05/26/2022 | NN | receipt received via email, emailed directly to trustee's office / sent text advising debtor email received & sent to trustee's office | 0.10 | $125.00 | $12.50 |
| 06/16/2022 | NN | rec'd MTD on case & hearing notice, added to calendar, mailed out MTD letter | 0.20 | $125.00 | $25.00 |
| 08/03/2022 | BB | Prepare for hearing, Attend court hearing | 0.50 | $295.00 | $147.50 |
| 08/31/2022 | NN | prepared & filed objection to motion to lift stay, mailed copy of objection to Debtor along with proof of payments letter | 0.30 | $125.00 | $37.50 |
| 08/31/2022 | BB | Review of objection to Motion for Relief | 0.30 | $295.00 | $88.50 |
| 09/01/2022 | NN | added court date to calendar, prepared moratorium w/ notes for BAB to review (Debtor to have knee replacement surgery) needs to suspend payments | 0.40 | $125.00 | $50.00 |
| 09/07/2022 | NN | received notes from BAB, need to ask trustee's office if payments need to increase when he returns to work, email sent - pending | 0.20 | $125.00 | $25.00 |
| 09/08/2022 | NN | received email from trustee's office stating that Debtor is due for September<br>sent email to Debtor to advise to make September payment | 0.30 | $125.00 | $37.50 |
| 09/10/2022 | NN | sent email to do Debtor advising to let us know when he makes September payment so moratorium can be filed | 0.10 | $125.00 | $12.50 |
| 09/12/2022 | BB | Attend court hearing Telephonic | 0.50 | $295.00 | $147.50 |
| 09/16/2022 | NN | added continued hearing notice to calendar | 0.10 | $125.00 | $12.50 |
| 10/07/2022 | NN | received notice from lender regarding inquiry on worker's compensation settlement / fwd email to BAB & Debtor | 0.10 | $125.00 | $12.50 |
| 10/11/2022 | BB | Attend court hearing telephonic | 0.50 | $295.00 | $147.50 |
| 10/14/2022 | NN | copy to client -LB | 0.10 | $125.00 | $12.50 |
| 10/14/2022 | NN | prepared draft of modification to plan, emailed to BAB to review | 0.20 | $125.00 | $25.00 |
| 10/14/2022 | BB | Review of file and Modification of Plan | 0.50 | $295.00 | $147.50 |
| 10/17/2022 | NN | prepared & filed MTM, mailed copy to Debtor & creditors | 1.00 | $125.00 | $125.00 |
| 10/24/2022 | NN | copy to client -LB | 0.10 | $125.00 | $12.50 |

| Date | | Notes | Quantity | Rate | Total |
|---|---|---|---:|---:|---:|
| 11/18/2022 | NN | copy to client | 0.10 | $125.00 | $12.50 |
| 12/21/2022 | MKV | Prepared invoice for Application for Compensation | 0.20 | $125.00 | $25.00 |
| 01/04/2023 | BB | Proof of Invoice for Application for Compensation | 0.50 | $295.00 | $147.50 |
| 01/11/2023 | MKV | Prepare and file Application for Compensation. Serve on all parties. | 1.30 | $125.00 | $162.50 |
| | | **Services Subtotal** | | | **$1,588.50** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---:|---:|---:|
| Expense | 10/17/2022 | Postage for Motion to Modify | 68.00 | $0.57 | $38.76 |
| Expense | 10/17/2022 | Copy Cost for Motion to Modify 68 Creditors X 3 pages | 204.00 | $0.25 | $51.00 |
| Expense | 01/11/2023 | Postage for Application for Compensation | 67.00 | $0.57 | $38.19 |
| Expense | 01/11/2023 | Copy Cost for Application for Compensation 67 Creditors X 5 Pages | 335.00 | $0.25 | $83.75 |
| | | **Expenses Subtotal** | | | **$211.70** |
| | | | | **Subtotal** | **$1,800.20** |
| | | | | **Total** | **$1,800.20** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---:|---:|---:|
| 1203 | 02/10/2023 | $1,800.20 | $0.00 | $1,800.20 |
| | | | **Outstanding Balance** | **$1,800.20** |
| | | | **Total Amount Outstanding** | **$1,800.20** |

### IA Trust

| Date | Type | Notes | Matter | Receipts | Payments | Balance |
|---|---|---|---|---|---|---|

| Date | Type | Client | | Amount | Balance |
|---|---|---|---|---|---|
| 02/25/2021 | Check | 20-00181 Sandberg, Alan | | $1,750.00 | $1,750.00 |
| 09/28/2021 | Payment for invoice #793 | 20-00181 Sandberg, Alan | $1,750.00 | | $0.00 |
| | | | **IA Trust Balance** | **$0.00** | |

Payments maybe made online at: https://www.bvbankruptcy.com/current-clients/

Please pay within 30 days.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In Re: | ) | |
|     Alan R Sandberg | ) | Case No. 21-00635 |
| | ) | |
| | ) | Chapter 13 IA - BAB |
|                 Debtor | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2023, I electronically filed Application for Compensation with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following by electronic mail:

- **Deanna R Bachman**   dbachman@iowachapter13.com
- **Carol F Dunbar**   ssteffen@iowachapter13.com, mweber@iowachapter13.com;cdunbar13dm@ecf.epiqsystems.com;trusteeIASB1W@ecf.epiqsystems.com
- **Benjamin W Hopkins**   jmcvay@petosalaw.com, jmcvay@petosalaw.com
- **United States Trustee**   USTPRegion12.DM.ECF@usdoj.gov

and I hereby certify that on January 11, 2023, I mailed such document(s) by first-class U.S. mail, postage prepaid, and properly addressed to the following:

Alan R Sandberg
3148 200th Street
Fort Madison, IA 52627

See Attached

Date: January 11, 2023                                    By: /s/ Mary Kay VanDeVelde

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Aaron's Sales & Lease
Attn: Bankruptcy
PO Box 100039
Kennesaw, GA 30156

ADT Security Services
3190 S Vaughn Way
Aurora, CO 80014

Alliant Credit Union
1200 Associates Drive
Dubuque, IA 52002

Apelles
3700 Corporate Drive
Columbus, OH 43231

AT&T DirecTV
PO Box 105503
Atlanta, GA 30348

AT&T DirecTV
PO Box 5014
Carol Stream, IL 60197

Capital One
Attn: General Correspondence
PO Box 30285
Salt Lake City, UT 84130

CeruLean
PO Box 6812
Carol Stream, IL 60197

CKS Financial
PO Box 2856
Chesapeake, VA 23320

CKS FInancial
PO Box 2856
Chesapeake, VA 23327

CNAC
125 S Roosevelt Ave
Burlington, IA 52601

Community Health Center
407 Blondeau, Suite 1
Keokuk, IA 52632

Continental Finance
PO Box 8099
Newark, DE 19714

Continental Finance Company
Attn: Bankruptcy
PO Box 3220
Buffalo, NY 14240

Credit Acceptance
Attn: Bankruptcy
25505 West 12 Mile Road, Suite 3000
Southfield, MI 48034

Credit Collection Services
725 Canton Street
Norwood, MA 02062

Credit Collection Services
PO Box 710
Norwood, MA 02062

Credit One Bank
PO Box 60500
City Of Industry, CA 91716-0500

Credit One Bank
PO Box 98872
Las Vegas, NV 89193

Creditor Advocates, Inc.
1551 Southcross Drive W
Suite C
Burnsville, MN 55306

DirecTV
PO Box 105249
Atlanta, GA 30348

DirecTV
PO Box 5007
Carol Stream, IL 60197

Dr. Amy Clem
508 S Roosevelt
Burlington, IA 52601

Financial Adjustment Bureau
PO Box 276
612 Jefferson Street
Burlington, IA 52601

Freedom Mortgage Corporation
Attn: Bankruptcy
907 Pleasant Valley Avenue, Suite 3
Mt Laurel, NJ 08054

Freedom Mortgage Corporation
PO Box 50428
Indianapolis, IN 46250

Genesis FS Card Services
Attn: Bankruptcy
PO Box 4477
Beaverton, OR 97076

Great River Medical Center
1221 S Gear Avenue
PO Box 668
West Burlington, IA 52655

Great River Medical Center
PO Box 540
West Burlington, IA 52655

| | | |
|---|---|---|
| Great River Physicians & Clinics<br>PO Box 540<br>West Burlington, IA 52655 | Great River Physicians & Clinics<br>PO Box 650292<br>Dallas, TX 75265 | H&R Accounts<br>5320 22nd Avenue<br>Moline, IL 61265 |
| IH Mississippi Valley Credit Union<br>Attn: Bankruptcy Department<br>2500 River Drive<br>Moline, IL 61265 | Mediacom<br>3900 26th Avenue<br>Moline, IL 61265 | Mediacom<br>PO Box 5744<br>Carol Stream, IL 60197 |
| Midland Credit Management<br>Attn: Bankruptcy<br>PO Box 939069<br>San Diego, CA 92193 | Midland Credit Management<br>Attn: Bankruptcy<br>PO Box 301030<br>Los Angeles, CA 90030 | Midland Credit Management<br>Attn: Bankruptcy<br>PO Box 2121<br>Warren, MI 48090 |
| Midland Funding, LLC<br>320 East Big Beaver<br>Suite 300<br>Troy, MI 48083 | Midland Funding, LLC<br>Attn: Bankruptcy<br>350 Camino De La Reine, Suite 100<br>San Diego, CA 92108 | MRS Associates<br>1930 Olney Avenue<br>Cherry Hill, NJ 08003 |
| NCB Management Services<br>1 Allied Drive<br>Feasterville Trevose, PA 19053 | NCB Management Services<br>PO Box 1099<br>Langhorne, PA 19047 | OneMain Financial<br>Attn: Customer Care<br>6801 Colwell Blvd<br>Irving, TX 75039 |
| OneMain Financial<br>Attn: Customer Care<br>PO Box 1010<br>Evansville, IN 47706 | OneMain Financial<br>Attn: Customer Care<br>PO Box 3251<br>Evansville, IN 47731 | Petosa Law Firm<br>1350 NW 138th Street<br>Suite 100<br>Clive, IA 50325 |
| Rausch, Sturm, Israel, Enerson & Hornik<br>250 N Sunnyslope Road, Suite 300<br>Brookfield, WI 53005 | Republic Bank & Trust Co.<br>4030 Smith Road<br>Cincinnati, OH 45209 | Republic Bank & Trust Co.<br>PO Box 950276<br>Louisville, KY 40295 |
| RMP, LLC<br>PO Box 519<br>Sauk Rapids, MN 56379 | Rushmore Loan Management Services<br>Attn: Bankruptcy<br>PO Box 55004<br>Irvine, CA 92619 | Rushmore Loan Management Services<br>PO Box 52708<br>Irvine, CA 92619 |
| Sterling Jewelers, Inc.<br>Attn: Bankruptcy<br>PO Box 1799<br>Akron, OH 44309 | The Bank of Missouri<br>916 N Kings Hwy<br>Perryville, MO 63775 | The Family Credit Union<br>1600 John Deere Road<br>Silvis, IL 61282 |
| The Family Credit Union<br>1400 Rockingham Rd<br>Davenport, IA 52802 | Transworld Systems<br>500 Virginia Drive<br>Suite 514<br>Fort Washington, PA 19034 | University of Iowa Healthcare<br>Patient Financial Services<br>2100 University Capital Centre<br>Iowa City, IA 52242-5500 |

| | | |
|---|---|---|
| University of Iowa Healthcare<br>Patient Financial Services<br>PO Box 40200<br>Des Moines, IA 50940-2000 | University of Iowa Healthcare<br>Patient Financial Services<br>200 Hawkins Drive<br>Iowa City, IA 52242 | University of Iowa Healthcare<br>Patient Financial Services<br>PO Box 14551<br>Des Moines, IA 50306 |
| US Bank<br>PO Box 790408<br>Saint Louis, MO 63179-0408 | US Bank<br>PO Box 108<br>Saint Louis, MO 63166 | US Bank<br>PO Box 5227<br>Cincinnati, OH 45201 |
| US Bank<br>PO Box 6353<br>Fargo, ND 58125 | Viking Client Services, LLC | |