**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
110 E. Court Avenue, Suite 300
Des Moines, Iowa 50309–2044
www.iasb.uscourts.gov

In the Matter of:  
Alan Richard Sandberg

Case No. 21–00635–lmj13

Debtor(s)

### ORDER AND NOTICE OF BAR DATE

The following docket text and Notice of Bar Date result from the indicated document(s) filed in the above captioned case:

**Notice of Bar Date for Objections (related document(s) #[45] Application for Compensation Interim Filed by Bruce A Buckrop on behalf of Alan Richard Sandberg). Objections Due By 02/01/2023. (accc)**

**NOTICE IS GIVEN that** objections to the above referenced matter must be filed by the date referenced in the above docket text. Objections, if any, shall be filed with the Clerk, U.S. Bankruptcy Court. Said objections must include proof of service on all appropriate parties as required by the Federal Rules of Bankruptcy Procedure.

**NOTICE IS FURTHER GIVEN that** only timely and substantive objections will be set for hearing by separate notice. Otherwise an appropriate order will be entered without further notice and hearing.

**IT IS THEREFORE ORDERED that** this notice supersedes any other bar date notice the filer may have served for this matter and all parties receiving this notice shall govern themselves accordingly.

**IT IS FURTHER ORDERED that** a party who has not already received the document(s) indicated above may request such document(s) from the filer (if review of the content is absolutely necessary in determining whether to file an objection to the above referenced matter) and the filer shall comply promptly with such request.

Judge Lee M. Jackwig  
United States Bankruptcy Judge