United States Bankruptcy Court

Southern District of Iowa

In re:  
Alan Richard Sandberg  
      Debtor

Case No. 21-00635-lmj  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0863-4      User: CraigCeyn      Page 1 of 5  
Date Rcvd: Jan 11, 2023      Form ID: NTCBDBK      Total Noticed: 79

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alan Richard Sandberg, 3148 200th Street, Fort Madison, IA 52627-9787 |
| 802511283 | #+ | Community Health Center, 407 Blondeau, Suite 1, Keokuk, IA 52632-5657 |
| 802511285 | + | Continental Finance, PO Box 9203, Old Bethpage, NY 11804-9003 |
| 802511293 | + | Creditor Advocates, Inc., 14551 Judicial Road, Suite 10, Burnsville, MN 55306-4841 |
| 802511297 | | Dr. Amy Clem, 508 S Roosevelt, Burlington, IA 52601 |
| 802514011 | #+ | FINANCIAL ADJUSTMENT BUREAU, INC., 612 JEFFERSON, BURLINGTON, IA 52601-5428 |
| 802511298 | #+ | Financial Adjustment Bureau, PO Box 276, 612 Jefferson Street, Burlington, IA 52601-5428 |
| 802511305 | #+ | Great River Medical Center, PO Box 540, West Burlington, IA 52655-0540 |
| 802511306 | + | Great River Physicians & Clinics, PO Box 540, West Burlington, IA 52655-0540 |
| 802511307 | + | Great River Physicians & Clinics, PO Box 650292, Dallas, TX 75265-0292 |
| 802511309 | + | IH Mississippi Valley Credit Union, Attn: Bankruptcy Department, 2500 River Drive, Moline, IL 61265-1670 |
| 802511326 | + | RMP, LLC, PO Box 519, Sauk Rapids, MN 56379-0519 |
| 802511323 | + | Rausch, Sturm, Israel, Enerson & Hornik, 250 N Sunnyslope Road, Suite 300, Brookfield, WI 53005-4800 |
| 802511331 | + | The Family Credit Union, 1400 Rockingham Rd, Davenport, IA 52802-1287 |
| 802511330 | + | The Family Credit Union, 1600 John Deere Road, Silvis, IL 61282-1946 |
| 802513552 | + | University of Iowa Health Care, 3281 Ridgeway Drive Suite 300, Coralville, IA 52241-2026 |
| 802511334 | | University of Iowa Healthcare, Patient Financial Services, PO Box 40200, Des Moines, IA 50940-2000 |
| 802511341 | + | Vehicle Acceptance Corporation, PO Box 191607, Dallas, TX 75219-8503 |
| 802511342 | | Viking Client Services, LLC, PO Box 285, Chesapeake, VA 23327 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: cbp@onemainfinancial.com | Jan 11 2023 22:27:23 | OneMain, P.O.Box 3251, Evansville, In 47731-3251 |
| 802511273 | + | Email/Text: amscbankruptcy@adt.com | Jan 11 2023 22:19:00 | ADT Security Services, 3190 S Vaughn Way, Aurora, CO 80014-3541 |
| 802511276 | + | Email/Text: G06041@att.com | Jan 11 2023 22:19:00 | AT&T DirecTV, PO Box 105503, Atlanta, GA 30348-5503 |
| 802511277 | + | Email/Text: G06041@att.com | Jan 11 2023 22:19:00 | AT&T DirecTV, PO Box 5014, Carol Stream, IL 60197-5014 |
| 802511272 | + | Email/Text: bankruptcynotices@aarons.com | Jan 11 2023 22:19:00 | Aaron's Sales & Lease, Attn: Bankruptcy, PO Box 100039, Kennesaw, GA 30156-9239 |
| 802511274 | + | Email/Text: alehmann@alliantcu.com | Jan 11 2023 22:19:00 | Alliant Credit Union, 1200 Associates Drive, Dubuque, IA 52002-2283 |
| 802511275 | + | Email/Text: documents@apellesnow.com | Jan 11 2023 22:19:00 | Apelles, 3700 Corporate Drive, Columbus, OH 43231-4984 |
| 802511280 | + | Email/Text: Webcollex@ebn.phinsolutions.com | Jan 11 2023 22:19:00 | CKS Financial, PO Box 2856, Chesapeake, VA |

Case 21-00635-lmj13 Doc 47 Filed 01/13/23 Entered 01/13/23 23:09:25 Desc
Imaged Certificate of Notice Page 2 of 6

| District/off: 0863-4 | User: CraigCeyn | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jan 11, 2023 | Form ID: NTCBDBK | Total Noticed: 79 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 23327-2856 |
| 802511282 | + | Email/Text: jking4@jdbyrider.com | Jan 11 2023 22:19:00 | CNAC, 125 S Roosevelt Ave, Burlington, IA 52601-1759 |
| 802511279 | | Email/Text: cfcbackoffice@contfinco.com | Jan 11 2023 22:19:00 | CeruLean, PO Box 6812, Carol Stream, IL 60197 |
| 802511284 | | Email/Text: cfcbackoffice@contfinco.com | Jan 11 2023 22:19:00 | Continental Finance, PO Box 8099, Newark, DE 19714 |
| 802511286 | | Email/Text: cfcbackoffice@contfinco.com | Jan 11 2023 22:19:00 | Continental Finance Company, Attn: Bankruptcy, PO Box 3220, Buffalo, NY 14240 |
| 802511278 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 11 2023 22:27:22 | Capital One, Attn: General Correspondence, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 802513410 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 11 2023 22:27:22 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 802511287 | + | Email/Text: ebnnotifications@creditacceptance.com | Jan 11 2023 22:19:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 802511289 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 11 2023 22:19:00 | Credit Collection Services, PO Box 710, Norwood, MA 02062-0710 |
| 802511288 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 11 2023 22:19:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 802511290 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 11 2023 22:27:22 | Credit One Bank, PO Box 60500, City Of Industry, CA 91716-0500 |
| 802511291 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 11 2023 22:27:33 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 802511292 | + | Email/Text: lisamoore@creditoradvocates.com | Jan 11 2023 22:19:00 | Creditor Advocates, Inc., 1551 Southcross Drive W, Suite C, Burnsville, MN 55306-6938 |
| 802511295 | | Email/Text: G06041@att.com | Jan 11 2023 22:19:00 | DirecTV, PO Box 6550, Englewood, CO 80155 |
| 802511296 | + | Email/Text: G06041@att.com | Jan 11 2023 22:19:00 | DirecTV, PO Box 5007, Carol Stream, IL 60197-5007 |
| 802511294 | + | Email/Text: G06041@att.com | Jan 11 2023 22:19:00 | DirecTV, PO Box 105249, Atlanta, GA 30348-5249 |
| 802511301 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jan 11 2023 22:19:00 | Freedom Mortgage Corporation, PO Box 50428, Indianapolis, IN 46250-0401 |
| 802511300 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jan 11 2023 22:19:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 802511299 | | Email/Text: Bankruptcy@Freedommortgage.com | Jan 11 2023 22:19:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 802512941 | + | Email/Text: bankruptcy@avadynehealth.com | Jan 11 2023 22:19:00 | GREAT RIVER MEDICAL CENTER, C/O H AND R ACCOUNTS, PO BOX 672, MOLINE, IL 61266-0672 |
| 802511303 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 11 2023 22:19:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 802511304 | + | Email/Text: kgarcia@grhs.net | Jan 11 2023 22:19:00 | Great River Medical Center, 1221 S Gear Avenue, PO Box 668, West Burlington, IA 52655-0668 |
| 802511308 | | Email/Text: bankruptcy@avadynehealth.com | Jan 11 2023 22:19:00 | H&R Accounts, 5320 22nd Avenue, Moline, IL 61265 |
| 802511271 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 11 2023 22:19:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 802514006 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 11 2023 22:27:23 | LVNV Funding, LLC, Resurgent Capital Services, |

| Recipient ID | Method | Date/Time | Name/Address |
|---|---|---|---|
| | | | PO Box 10587, Greenville, SC 29603-0587 |
| 802511310 | Email/Text: Documentfiling@LCIinc.com | Jan 11 2023 22:19:00 | Mediacom, 3900 26th Avenue, Moline, IL 61265 |
| 802511311 | Email/Text: Documentfiling@LCIinc.com | Jan 11 2023 22:19:00 | Mediacom, PO Box 5744, Carol Stream, IL 60197 |
| 802511317 | ^ MEBN | Jan 11 2023 22:14:52 | MRS Associates, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 802511314 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 11 2023 22:19:00 | Midland Credit Management, Attn: Bankruptcy, PO Box 2121, Warren, MI 48090-2121 |
| 802511312 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 11 2023 22:19:00 | Midland Credit Management, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 802511313 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 11 2023 22:19:00 | Midland Credit Management, Attn: Bankruptcy, PO Box 301030, Los Angeles, CA 90030-1030 |
| 802518532 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 11 2023 22:19:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 802511315 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 11 2023 22:19:00 | Midland Funding, LLC, 320 East Big Beaver, Suite 300, Troy, MI 48083-1271 |
| 802511316 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 11 2023 22:19:00 | Midland Funding, LLC, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 802511319 | ^ MEBN | Jan 11 2023 22:14:49 | NCB Management Services, PO Box 1099, Langhorne, PA 19047-6099 |
| 802511318 | ^ MEBN | Jan 11 2023 22:14:49 | NCB Management Services, 1 Allied Drive, Feasterville Trevose, PA 19053-6945 |
| 802511321 | + Email/PDF: cbp@onemainfinancial.com | Jan 11 2023 22:27:44 | OneMain Financial, Attn: Customer Care, PO Box 1010, Evansville, IN 47706-1010 |
| 802511322 | + Email/PDF: cbp@onemainfinancial.com | Jan 11 2023 22:27:33 | OneMain Financial, Attn: Customer Care, PO Box 3251, Evansville, IN 47731-3251 |
| 802511320 | + Email/PDF: cbp@onemainfinancial.com | Jan 11 2023 22:27:44 | OneMain Financial, Attn: Customer Care, 6801 Colwell Blvd, Irving, TX 75039-3198 |
| 802514784 | Email/Text: bnc-quantum@quantum3group.com | Jan 11 2023 22:19:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 802511325 | + Email/Text: bankruptcy@republicbank.com | Jan 11 2023 22:19:00 | Republic Bank & Trust Co., PO Box 950276, Louisville, KY 40295-0276 |
| 802511324 | + Email/Text: bankruptcy@republicbank.com | Jan 11 2023 22:19:00 | Republic Bank & Trust Co., 4030 Smith Road, Cincinnati, OH 45209-1937 |
| 802552787 | + Email/Text: flyersprod.inbound@axisai.com | Jan 11 2023 22:19:00 | Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 802511327 | ^ MEBN | Jan 11 2023 22:14:48 | Sterling Jewelers, Inc., Attn: Bankruptcy, PO Box 1799, Akron, OH 44309-1799 |
| 802511328 | + Email/Text: kmattingly@bankofmissouri.com | Jan 11 2023 22:19:00 | The Bank of Missouri, 916 N Kings Hwy, Perryville, MO 63775-1204 |
| 802511332 | + Email/Text: bankruptcydepartment@tsico.com | Jan 11 2023 22:19:00 | Transworld Systems, 500 Virginia Drive, Suite 514, Fort Washington, PA 19034-2733 |
| 802511338 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 11 2023 22:19:00 | US Bank, PO Box 108, Saint Louis, MO 63166 |
| 802511339 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 11 2023 22:19:00 | US Bank, PO Box 5227, Cincinnati, OH 45201 |
| 802511340 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 11 2023 22:19:00 | US Bank, PO Box 6353, Fargo, ND 58125 |
| 802511337 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 11 2023 22:19:00 | US Bank, PO Box 790408, Saint Louis, MO 63179-0408 |
| 802511333 | Email/Text: BankruptcyNotices@healthcare.uiowa.edu | Jan 11 2023 22:19:00 | University of Iowa Healthcare, Patient Financial |

| District/off: 0863-4 | User: CraigCeyn | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jan 11, 2023 | Form ID: NTCBDBK | Total Noticed: 79 |

| | | | | |
|---|---|---|---|---|
| | | | | Services, 2100 University Capital Centre, Iowa City, IA 52242-5500 |
| 802511336 | + | Email/Text: BankruptcyNotices@healthcare.uiowa.edu | Jan 11 2023 22:19:00 | University of Iowa Healthcare, Patient Financial Services, PO Box 14551, Des Moines, IA 50306-3551 |
| 802511335 | + | Email/Text: BankruptcyNotices@healthcare.uiowa.edu | Jan 11 2023 22:19:00 | University of Iowa Healthcare, Patient Financial Services, 200 Hawkins Drive, Iowa City, IA 52242-1009 |

TOTAL: 60

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. BANK NATIONAL ASSOCIATION |
| 802511329 | | The Bank of Missouri |
| 802511281 | *+ | CKS FInancial, PO Box 2856, Chesapeake, VA 23327-2856 |
| 802526922 | *+ | FINANCIAL ADJUSTMENT BUREAU INC., 612 JEFFERSON, BURLINGTON, IA 52601-5428 |
| 802511302 | *+ | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Avenue, Suite 3, Mt Laurel, NJ 08054-1210 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 13, 2023         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin W Hopkins | on behalf of Creditor Freedom Mortgage Corporation jmcvay@petosalaw.com  jmcvay@petosalaw.com |
| Bruce A Buckrop | on behalf of Debtor Alan Richard Sandberg bbankruptcy@gmail.com bvcourtemail@gmail.com;buckropbr50676@notify.bestcase.com |
| Carol F Dunbar, | ssteffen@iowachapter13.com mweber@iowachapter13.com;cdunbar13dm@ecf.epiqsystems.com;trusteeIASB1W@ecf.epiqsystems.com |
| Deanna R Bachman, | on behalf of Trustee Carol F Dunbar  dbachman@iowachapter13.com |
| Ryan C Holtgraves | on behalf of Creditor Freedom Mortgage Corporation jmcvay@petosalaw.com  jmcvay@petosalaw.com |
| United States Trustee | USTPRegion12.DM.ECF@usdoj.gov |
| Wendee N Elliott-Clement | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V, by Rushmore Loan Management Services, LLC iabksdecf@southlaw.com, ksbkecf@ecf.courtdrive.com |

District/off: 0863-4 User: CraigCeyn Page 5 of 5
Date Rcvd: Jan 11, 2023 Form ID: NTCBDBK Total Noticed: 79
TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**

110 E. Court Avenue, Suite 300
Des Moines, Iowa 50309−2044
www.iasb.uscourts.gov

In the Matter of:                                        Case No. 21−00635−lmj13

Alan Richard Sandberg

Debtor(s)

## ORDER AND NOTICE OF BAR DATE

The following docket text and Notice of Bar Date result from the indicated document(s) filed in the above captioned case:

**Notice of Bar Date for Objections (related document(s) #[45] Application for Compensation Interim Filed by Bruce A Buckrop on behalf of Alan Richard Sandberg). Objections Due By 02/01/2023. (accc)**

**NOTICE IS GIVEN that** objections to the above referenced matter must be filed by the date referenced in the above docket text. Objections, if any, shall be filed with the Clerk, U.S. Bankruptcy Court. Said objections must include proof of service on all appropriate parties as required by the Federal Rules of Bankruptcy Procedure.

**NOTICE IS FURTHER GIVEN that** only timely and substantive objections will be set for hearing by separate notice. Otherwise an appropriate order will be entered without further notice and hearing.

**IT IS THEREFORE ORDERED that** this notice supersedes any other bar date notice the filer may have served for this matter and all parties receiving this notice shall govern themselves accordingly.

**IT IS FURTHER ORDERED that** a party who has not already received the document(s) indicated above may request such document(s) from the filer (if review of the content is absolutely necessary in determining whether to file an objection to the above referenced matter) and the filer shall comply promptly with such request.

Judge Lee M. Jackwig
United States Bankruptcy Judge