United States Bankruptcy Court

Southern District of Iowa

In re:  Case No. 21-00635-lmj
Alan Richard Sandberg  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0863-4     User: auto     Page 1 of 5
Date Rcvd: Aug 08, 2024  Form ID: pdf007  Total Noticed: 75

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##         Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alan Richard Sandberg, 3148 200th Street, Fort Madison, IA 52627-9787 |
| 802511274 | + | Alliant Credit Union, 1200 Associates Drive, Dubuque, IA 52002-2282 |
| 802511293 | + | Creditor Advocates, Inc., 14551 Judicial Road, Suite 10, Burnsville, MN 55306-4841 |
| 802511297 |   | Dr. Amy Clem, 508 S Roosevelt, Burlington, IA 52601 |
| 802511306 | + | Great River Physicians & Clinics, PO Box 540, West Burlington, IA 52655-0540 |
| 802511307 | + | Great River Physicians & Clinics, PO Box 650292, Dallas, TX 75265-0292 |
| 802511326 | + | RMP, LLC, PO Box 519, Sauk Rapids, MN 56379-0519 |
| 802511323 | + | Rausch, Sturm, Israel, Enerson & Hornik, 250 N Sunnyslope Road, Suite 300, Brookfield, WI 53005-4800 |
| 802511331 | + | The Family Credit Union, 1400 Rockingham Rd, Davenport, IA 52802-1287 |
| 802511330 | + | The Family Credit Union, 1600 John Deere Road, Silvis, IL 61282-1946 |
| 802513552 | + | University of Iowa Health Care, 3281 Ridgeway Drive Suite 300, Coralville, IA 52241-2026 |
| 802511334 |   | University of Iowa Healthcare, Patient Financial Services, PO Box 40200, Des Moines, IA 50940-2000 |
| 802511341 | + | Vehicle Acceptance Corporation, PO Box 191607, Dallas, TX 75219-8503 |
| 802511342 |   | Viking Client Services, LLC, PO Box 285, Chesapeake, VA 23327 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: cbp@omf.com | Aug 08 2024 22:07:03 | OneMain, P.O.Box 3251, Evansville, In 47731-3251 |
| 802511273 | + | Email/Text: amscbankruptcy@adt.com | Aug 08 2024 22:00:00 | ADT Security Services, 3190 S Vaughn Way, Aurora, CO 80014-3541 |
| 802511276 | + | Email/Text: G06041@att.com | Aug 08 2024 22:00:00 | AT&T DirecTV, PO Box 105503, Atlanta, GA 30348-5503 |
| 802511277 | + | Email/Text: G06041@att.com | Aug 08 2024 22:00:00 | AT&T DirecTV, PO Box 5014, Carol Stream, IL 60197-5014 |
| 802511272 | + | Email/Text: bankruptcynotices@aarons.com | Aug 08 2024 22:00:00 | Aaron's Sales & Lease, Attn: Bankruptcy, PO Box 100039, Kennesaw, GA 30156-9239 |
| 802511275 | + | Email/Text: documents@apellesnow.com | Aug 08 2024 22:00:00 | Apelles, 3700 Corporate Drive, Columbus, OH 43231-4984 |
| 802511280 | + | Email/Text: Webcollex@ebn.phinsolutions.com | Aug 08 2024 22:00:08 | CKS Financial, PO Box 2856, Chesapeake, VA 23327-2856 |
| 802511282 | + | Email/Text: jking4@jdbyrider.com | Aug 08 2024 22:00:00 | CNAC, 125 S Roosevelt Ave, Burlington, IA 52601-1759 |
| 802511279 |   | Email/Text: cfcbackoffice@contfinco.com | Aug 08 2024 22:00:00 | CeruLean, PO Box 6812, Carol Stream, IL 60197 |
| 802511284 |   | Email/Text: cfcbackoffice@contfinco.com | Aug 08 2024 22:00:00 | Continental Finance, PO Box 8099, Newark, DE |

| Recipient ID | Notice Method | Date/Time | Address |
|---|---|---|---|
| 802511285 | Email/Text: cfcbackoffice@contfinco.com | Aug 08 2024 22:00:00 | 19714<br>Continental Finance, PO Box 9203, Old Bethpage, NY 11804 |
| 802511286 | Email/Text: cfcbackoffice@contfinco.com | Aug 08 2024 22:00:00 | Continental Finance Company, Attn: Bankruptcy, PO Box 3220, Buffalo, NY 14240 |
| 802511278 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 08 2024 22:06:32 | Capital One, Attn: General Correspondence, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 802513410 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 08 2024 22:07:03 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 802511287 | + Email/Text: ebnnotifications@creditacceptance.com | Aug 08 2024 22:00:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 802511289 | + Email/Text: bankruptcy_notifications@ccsusa.com | Aug 08 2024 22:00:00 | Credit Collection Services, PO Box 710, Norwood, MA 02062-0710 |
| 802511288 | + Email/Text: bankruptcy_notifications@ccsusa.com | Aug 08 2024 22:00:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 802511290 | Email/PDF: creditonebknotifications@resurgent.com | Aug 08 2024 22:06:34 | Credit One Bank, PO Box 60500, City Of Industry, CA 91716-0500 |
| 802511291 | + Email/PDF: creditonebknotifications@resurgent.com | Aug 08 2024 22:07:04 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 802511292 | + Email/Text: lisamoore@creditoradvocates.com | Aug 08 2024 22:00:00 | Creditor Advocates, Inc., 1551 Southcross Drive W, Suite C, Burnsville, MN 55306-6938 |
| 802511296 | + Email/Text: G06041@att.com | Aug 08 2024 22:00:00 | DirecTV, PO Box 5007, Carol Stream, IL 60197-5007 |
| 802511294 | + Email/Text: G06041@att.com | Aug 08 2024 22:00:00 | DirecTV, PO Box 105249, Atlanta, GA 30348-5249 |
| 802511295 | + Email/Text: G06041@att.com | Aug 08 2024 22:00:00 | DirecTV, PO Box 6550, Englewood, CO 80155-6550 |
| 802511301 | + Email/Text: Bankruptcy@Freedommortgage.com | Aug 08 2024 22:00:00 | Freedom Mortgage Corporation, PO Box 50428, Indianapolis, IN 46250-0401 |
| 802511300 | + Email/Text: Bankruptcy@Freedommortgage.com | Aug 08 2024 22:00:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 802511299 | Email/Text: Bankruptcy@Freedommortgage.com | Aug 08 2024 22:00:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 802512941 | + Email/Text: bankruptcy@avadynehealth.com | Aug 08 2024 22:00:00 | GREAT RIVER MEDICAL CENTER, C/O H AND R ACCOUNTS, PO BOX 672, MOLINE, IL 61266-0672 |
| 802511303 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 08 2024 22:00:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 802511304 | + Email/Text: kgarcia@grhs.net | Aug 08 2024 22:00:00 | Great River Medical Center, 1221 S Gear Avenue, PO Box 668, West Burlington, IA 52655-0668 |
| 802511308 | Email/Text: ah_bankruptcy@meduitrcm.com | Aug 08 2024 22:00:00 | H&R Accounts, 5320 22nd Avenue, Moline, IL 61265 |
| 802511309 | + Email/Text: bankruptcynotifications@ihmvcu.org | Aug 08 2024 22:00:00 | IH Mississippi Valley Credit Union, Attn: Bankruptcy Department, 2500 River Drive, Moline, IL 61265-1670 |
| 802511271 | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 08 2024 22:00:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 802514006 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 08 2024 22:06:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

Case 21-00635-lmj13    Doc 53    Filed 08/10/24    Entered 08/10/24 23:09:22    Desc
Imaged Certificate of Notice    Page 3 of 6

| District/off: 0863-4 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Aug 08, 2024 | Form ID: pdf007 | Total Noticed: 75 |

| | | | | |
|---|---|---|---|---|
| 802511310 | | Email/Text: Documentfiling@LCIinc.com | | |
| | | | Aug 08 2024 22:00:00 | Mediacom, 3900 26th Avenue, Moline, IL 61265 |
| 802511311 | | Email/Text: Documentfiling@LCIinc.com | | |
| | | | Aug 08 2024 22:00:00 | Mediacom, PO Box 5744, Carol Stream, IL 60197 |
| 802511317 | ^ | MEBN | | |
| | | | Aug 08 2024 21:55:24 | MRS Associates, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 802511314 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Aug 08 2024 22:00:00 | Midland Credit Management, Attn: Bankruptcy, PO Box 2121, Warren, MI 48090-2121 |
| 802511312 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Aug 08 2024 22:00:00 | Midland Credit Management, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 802511313 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Aug 08 2024 22:00:00 | Midland Credit Management, Attn: Bankruptcy, PO Box 301030, Los Angeles, CA 90030-1030 |
| 802518532 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Aug 08 2024 22:00:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 802511315 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Aug 08 2024 22:00:00 | Midland Funding, LLC, 320 East Big Beaver, Suite 300, Troy, MI 48083-1271 |
| 802511316 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Aug 08 2024 22:00:00 | Midland Funding, LLC, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 802511319 | ^ | MEBN | | |
| | | | Aug 08 2024 21:55:11 | NCB Management Services, PO Box 1099, Langhorne, PA 19047-6099 |
| 802511318 | ^ | MEBN | | |
| | | | Aug 08 2024 21:55:12 | NCB Management Services, 1 Allied Drive, Feasterville Trevose, PA 19053-6945 |
| 802511321 | + | Email/PDF: cbp@omf.com | | |
| | | | Aug 08 2024 22:07:28 | OneMain Financial, Attn: Customer Care, PO Box 1010, Evansville, IN 47706-1010 |
| 802511322 | + | Email/PDF: cbp@omf.com | | |
| | | | Aug 08 2024 22:07:31 | OneMain Financial, Attn: Customer Care, PO Box 3251, Evansville, IN 47731-3251 |
| 802511320 | + | Email/PDF: cbp@omf.com | | |
| | | | Aug 08 2024 22:06:35 | OneMain Financial, Attn: Customer Care, 6801 Colwell Blvd, Irving, TX 75039-3198 |
| 802514784 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Aug 08 2024 22:00:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 802511325 | + | Email/Text: bankruptcy@republicbank.com | | |
| | | | Aug 08 2024 22:00:00 | Republic Bank & Trust Co., PO Box 950276, Louisville, KY 40295-0276 |
| 802511324 | + | Email/Text: bankruptcy@republicbank.com | | |
| | | | Aug 08 2024 22:00:00 | Republic Bank & Trust Co., 4030 Smith Road, Cincinnati, OH 45209-1937 |
| 802552787 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Aug 08 2024 22:00:00 | Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 802511327 | + | Email/Text: bankruptcy@signetjewelers.com | | |
| | | | Aug 08 2024 22:00:00 | Sterling Jewelers, Inc., Attn: Bankruptcy, PO Box 1799, Akron, OH 44309-1799 |
| 802511328 | + | Email/Text: jcissell@bankofmissouri.com | | |
| | | | Aug 08 2024 22:00:00 | The Bank of Missouri, 916 N Kings Hwy, Perryville, MO 63775-1204 |
| 802511332 | + | Email/Text: bankruptcydepartment@tsico.com | | |
| | | | Aug 08 2024 22:00:00 | Transworld Systems, 500 Virginia Drive, Suite 514, Fort Washington, PA 19034-2733 |
| 802511338 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | |
| | | | Aug 08 2024 22:00:00 | US Bank, PO Box 108, Saint Louis, MO 63166 |
| 802511339 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | |
| | | | Aug 08 2024 22:00:00 | US Bank, PO Box 5227, Cincinnati, OH 45201 |
| 802511340 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | |
| | | | Aug 08 2024 22:00:00 | US Bank, PO Box 6353, Fargo, ND 58125 |
| 802511337 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | |
| | | | Aug 08 2024 22:00:00 | US Bank, PO Box 790408, Saint Louis, MO 63179-0408 |
| 802511333 | | Email/Text: BankruptcyNotices@healthcare.uiowa.edu | | |
| | | | Aug 08 2024 22:00:00 | University of Iowa Healthcare, Patient Financial Services, 2100 University Capital Centre, Iowa |

| District/off: 0863-4 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Aug 08, 2024 | Form ID: pdf007 | Total Noticed: 75 |

| 802511336 | + Email/Text: BankruptcyNotices@healthcare.uiowa.edu | Aug 08 2024 22:00:00 | City, IA 52242-5500<br>University of Iowa Healthcare, Patient Financial Services, PO Box 14551, Des Moines, IA 50306-3551 |
|---|---|---|---|
| 802511335 | + Email/Text: BankruptcyNotices@healthcare.uiowa.edu | Aug 08 2024 22:00:00 | University of Iowa Healthcare, Patient Financial Services, 200 Hawkins Drive, Iowa City, IA 52242-1009 |

TOTAL: 61

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. BANK NATIONAL ASSOCIATION |
| 802511329 | | The Bank of Missouri |
| 802511281 | *+ | CKS FInancial, PO Box 2856, Chesapeake, VA 23327-2856 |
| 802526922 | *+ | FINANCIAL ADJUSTMENT BUREAU INC., 612 JEFFERSON, BURLINGTON, IA 52601-5428 |
| 802511302 | *+ | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Avenue, Suite 3, Mt Laurel, NJ 08054-1210 |
| 802511283 | ##+ | Community Health Center, 407 Blondeau, Suite 1, Keokuk, IA 52632-5657 |
| 802514011 | ##+ | FINANCIAL ADJUSTMENT BUREAU, INC., 612 JEFFERSON, BURLINGTON, IA 52601-5428 |
| 802511298 | ##+ | Financial Adjustment Bureau, PO Box 276, 612 Jefferson Street, Burlington, IA 52601-5428 |
| 802511305 | ##+ | Great River Medical Center, PO Box 540, West Burlington, IA 52655-0540 |

TOTAL: 2 Undeliverable, 3 Duplicate, 4 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2024      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin W Hopkins | on behalf of Creditor Freedom Mortgage Corporation jmcvay@petosalaw.com  jmcvay@petosalaw.com |
| Bruce A Buckrop | on behalf of Debtor Alan Richard Sandberg bbankruptcy@gmail.com bvcourtemail@gmail.com;buckropbr50676@notify.bestcase.com |
| Carol F Dunbar, | ssteffen@iowachapter13.com mweber@iowachapter13.com;cdunbar13dm@ecf.epiqsystems.com;trusteeIASB1W@ecf.epiqsystems.com |
| Deanna R Bachman, | on behalf of Trustee Carol F Dunbar  dbachman@iowachapter13.com |
| Ryan C Holtgraves | on behalf of Creditor Freedom Mortgage Corporation jmcvay@petosalaw.com  jmcvay@petosalaw.com |
| United States Trustee | |

District/off: 0863-4 User: auto Page 5 of 5
Date Rcvd: Aug 08, 2024 Form ID: pdf007 Total Noticed: 75

USTPRegion12.DM.ECF@usdoj.gov

Wendee N Elliott-Clement
on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V, by Rushmore Loan Management Services, LLC iabksdecf@southlaw.com, ksbkecf@ecf.courtdrive.com

TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA**

In the Matter of:

**Alan Richard Sandberg,**                        Case No. **21–00635–lmj13**

                     Debtor(s)

August 7, 2024 Courtroom Hearing on:
**Trustee's Second Motion to Dismiss (#49)**

Court Reporter:    Tracy A. Hamm – TA Reporting

Appearances:      Deanna R. Bachman, Attorney for Chapter 13 Trustee
                    John M. VanDeVelde, Attorney for Debtor(s)

**ORDER**
(date entered on docket: August 8, 2024)

**It is hereby ORDERED that:**

☐ The motion is granted and the case is dismissed. Today's record shall constitute the Court's findings and conclusions pursuant to Rules 7052 and 9014 of the Federal Rules of Bankruptcy Procedure. Service of this order on all parties in interest and the United States Trustee shall satisfy Rule 2002(f)(2) and (k) of the Federal Rules of Bankruptcy Procedure.

☒ The motion is granted and the case is dismissed. 11 U.S.C. section 109(g)(1), preventing debtor(s) from seeking relief under title 11 of the United States Code for 180 days, applies. Today's record shall constitute the Court's findings and conclusions pursuant to Rules 7052 and 9014 of the Federal Rules of Bankruptcy Procedure. Service of this order on all parties in interest and the United States Trustee shall satisfy Rule 2002(f)(2) and (k) of the Federal Rules of Bankruptcy Procedure.

☐ The motion is denied. Today's record shall constitute the Court's findings and conclusions pursuant to Rules 7052 and 9014 of the Federal Rules of Bankruptcy Procedure.

☐ The controversy is deemed moot because the trustee verbally withdrew the motion at the time of the hearing.

☐ The debtor(s) shall bring the arrearage in plan payments current by   or the case shall be dismissed without further notice and hearing upon the trustee filing an affidavit of noncompliance.

☐ The debtor(s) shall file ☐ a notice of conversion or a ☐ modified plan / ☐ motion to modify plan after confirmation by   or the case shall be dismissed without further notice and hearing upon the trustee filing an affidavit of noncompliance.

☐ The debtor(s) shall:
    ☐ provide the trustee with the requested ☐ income information ☐ expense information ☐ domestic support obligation information ☐ tax returns ☐ tax refunds by .
    ☐ file amended Schedule(s)   by .
    ☐ file an objection to   Proof of Claim   by .

☐ The matter is continued for further hearing on   at   in Courtroom 430 via VTC, 4th Floor, U.S. Courthouse, 111 Locust Street, Des Moines, Iowa and Courtroom 120, U.S. Courthouse, 131 E. 4th Street, Davenport, Iowa.

☐ The parties shall submit a consent order by . The attorney for the debtor(s) shall prepare the order.

                                                                    /s/ Lee M. Jackwig
                                                                      U.S. BANKRUPTCY JUDGE

Parties receiving this order from the Clerk of Court:
Everyone in this Chapter Case