# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

In re: ALAN RICHARD SANDBERG

Debtor(s)

Case No.: 21-00635-LMJ13

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

CAROL F. DUNBAR, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/04/2021.
2) The plan was confirmed on 07/22/2021.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on 10/17/2022.
4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/03/2022.
5) The case was dismissed on 08/08/2024.
6) Number of months from filing or conversion to last payment: 34.
7) Number of months case was pending: 39.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: NA.
10) Amount of unsecured claims discharged without full payment: .00.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor: | $20,279.00 |
| Less amount refunded to debtor: | $.00 |
| **NET RECEIPTS:** | **$20,279.00** |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through The Plan: | $3,850.05 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $1,520.97 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$5,371.02** |

Attorney fees paid and disclosed by debtor:    $1,750.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| AARONS RENTAL | Unsecured | NA | NA | NA | .00 | .00 |
| AARONS RENTAL | Unsecured | NA | NA | NA | .00 | .00 |
| ADT SECURITY SERVICE | Unsecured | 155.46 | NA | NA | .00 | .00 |
| ALLIANT CREDIT UNION | Unsecured | 8,191.00 | 5,260.88 | .00 | .00 | .00 |
| ALLIANT CREDIT UNION | Unsecured | 4,200.00 | NA | NA | .00 | .00 |
| CAPITAL ONE NA | Unsecured | 2,163.00 | 2,163.71 | 2,163.71 | 201.93 | .00 |
| CAPITAL ONE NA | Unsecured | 748.00 | 748.30 | 748.30 | 69.83 | .00 |
| CNAC | Unsecured | NA | NA | NA | .00 | .00 |
| COMMUNITY HEALTH CARE INC | Unsecured | 208.00 | NA | NA | .00 | .00 |
| CONTINENTAL FINANCE | Unsecured | NA | NA | NA | .00 | .00 |
| CREDIT ACCEPTANCE | Unsecured | NA | NA | NA | .00 | .00 |
| DIRECT TV | Unsecured | 379.00 | NA | NA | .00 | .00 |
| DR. AMY CLEM | Unsecured | 284.00 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

In re:  ALAN RICHARD SANDBERG                                                                 Case No.:  21-00635-LMJ13

    Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| FINANCIAL ADJUSTMENT BUREAU | Other | NA | 104.00 | .00 | .00 | .00 |
| FINANCIAL ADJUSTMENT BUREAU | Unsecured | 250.00 | 250.00 | 250.00 | 23.32 | .00 |
| FREEDOM MORTGAGE | Unsecured | NA | NA | NA | .00 | .00 |
| GENESIS FS CARD SERVICE - INDIGO | Unsecured | 364.93 | NA | NA | .00 | .00 |
| GREAT RIVER MEDICAL | Unsecured | 444.00 | 488.18 | 488.18 | 45.57 | .00 |
| GREAT RIVER MEDICAL CENTER | Unsecured | 287.00 | NA | NA | .00 | .00 |
| GREAT RIVER MEDICAL CENTER | Unsecured | 276.00 | NA | NA | .00 | .00 |
| GREAT RIVER MEDICAL CENTER | Unsecured | 144.00 | NA | NA | .00 | .00 |
| GREAT RIVER MEDICAL CENTER | Unsecured | 124.00 | NA | NA | .00 | .00 |
| GREAT RIVER MEDICAL CENTER | Unsecured | 101.00 | NA | NA | .00 | .00 |
| GREAT RIVER MEDICAL CENTER | Unsecured | 85.00 | NA | NA | .00 | .00 |
| GREAT RIVER MEDICAL CENTER | Unsecured | 68.00 | NA | NA | .00 | .00 |
| IH MISSISSIPPI VALLEY CREDIT UNION | Secured | 8,930.00 | 9,799.08 | 7,000.00 | 7,000.00 | 704.66 |
| IH MISSISSIPPI VALLEY CREDIT UNION | Secured | NA | 2,799.08 | 2,799.08 | 261.24 | .00 |
| MEDIACOM | Unsecured | 426.00 | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAGEMENT | Unsecured | NA | 1,235.97 | 1,235.97 | 115.35 | .00 |
| NCB MANAGEMENT | Unsecured | 2,792.00 | 2,792.25 | 2,792.25 | 260.61 | .00 |
| ONEMAIN FINANCIAL | Unsecured | 16,215.00 | 6,080.27 | 6,080.27 | .00 | .00 |
| ONEMAIN FINANCIAL | Unsecured | 5,315.00 | 6,080.27 | 6,080.27 | 567.45 | .00 |
| ONEMAIN FINANCIAL | Unsecured | NA | NA | NA | .00 | .00 |
| ONEMAIN FINANCIAL | Unsecured | NA | NA | NA | .00 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | 846.00 | 846.07 | 846.07 | 78.95 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | 730.00 | 729.86 | 729.86 | 68.12 | .00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 1,235.97 | 1,396.68 | 1,396.68 | 130.36 | .00 |
| RESURGENT CAPITAL SERVICES | Unsecured | NA | 513.58 | 513.58 | 47.94 | .00 |
| RUSHMORE LOAN MANAGEMENT | Secured | NA | 17,691.04 | 5,247.44 | 5,247.44 | .00 |
| RUSHMORE LOAN MANAGEMENT SERV | Secured | 251,144.00 | 236,573.94 | .00 | .00 | .00 |
| STERLING JEWELERS | Unsecured | NA | NA | NA | .00 | .00 |
| UNIVERSITY OF IOWA HEALTHCARE | Unsecured | 4,862.37 | 912.99 | 912.99 | 85.21 | .00 |
| US BANK | Unsecured | 784.59 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

In re: ALAN RICHARD SANDBERG                                                      Case No.: 21-00635-LMJ13

   Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| VEHICLE ACCEPTANCE CORPORATION | Unsecured | NA | NA | NA | .00 | .00 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | 5,247.44 | 5,247.44 | .00 |
| Debt Secured by Vehicle: | 9,799.08 | 7,261.24 | 704.66 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | 15,046.52 | 12,508.68 | 704.66 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 24,238.13 | 1,694.64 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $5,371.02 |
| Disbursements to Creditors: | $14,907.98 |
| **TOTAL DISBURSEMENTS:** | $20,279.00 |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  08/29/2024                                    By:  /s/CAROL F. DUNBAR
                                                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.