# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the **TRUSTEE'S FINAL REPORT** was served upon the following parties at the addresses indicated:

MARY R. JENSEN
ACTING UNITED STATES TRUSTEE
210 WALNUT STREET, ROOM 793
DES MOINES, IA  50309

BRUCE A.  BUCKROP
ATTORNEY AT LAW
114 19TH STREET
ROCK ISLAND, IL   61201

ALAN SANDBERG
3148 200TH STREET
FORT MADISON, IA 52627


and to all parties receiving electronic notice of this case, by electronic mail through the Court's CM/ECF system, or by enclosing the same in an envelope addressed to each such person with postage fully paid, and by depositing said envelope in the United States Postal Service depository.  I declare under penalty of perjury that the foregoing is true and correct.

DATED:  August 29, 2024                                                                       /s/ Michelle Weber